1  Alfred G. Rava, SBN 188318
2  Rava Law Firm
3  3667 Voltaire Street
   San Diego, CA 92106
4  Phone: 619-238-1993
5  Fax: 619-374-7288
   Email: alrava@cox.net
6
7  Attorney for Plaintiff Harry Crouch and the Putative Class
8
9           **UNITED STATES DISTRICT COURT**
10         **SOUTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| Harry Crouch, on behalf of himself and all others similarly situated, | Case No. 3:22-cv-00711-MMA-JLB |
| Plaintiffs, | **FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** |
| v. | |
| RUBY CORP doing business as ASHLEY MADISON; RUBY LIFE, INC. doing business as ASHLEYMADISON.COM; and DOES 1 through 10, | 1. **Violation of Civil Code § 51 (The Unruh Civil Rights Act);** <br> 2. **Violation of Civil Code § 51.5; and** <br> 3. **Violation of Civil Code § 51.6 (The Gender Tax Repeal Act of 1995)** |
| Defendants. | |

23      Plaintiff Harry Crouch, on behalf of himself and all others similarly situated,
24 brings the following unlawful discrimination allegations against Defendant Ruby Corp
25 doing business as Ashley Madison, and Ruby Life, Inc. doing business as
26 ashleymadison.com (collectively "Ashley Madison" or "Defendants") for charging
27 male consumers more than female consumers to use Ashley Madison's matchmaking
28 services.

**PARTIES**

1.    At all times relevant hereto, Plaintiff Harry Crouch has been a citizen of the State of California, a heterosexual man who has identified himself as a male, and has been over the age of 21.

2.    On information and belief, at all times relevant hereto, Defendant Ruby Corp has been a corporation organized under the laws of the province of Ontario, Canada, and has been doing business throughout California, including in San Diego County, California, as Ashley Madison.

3.    On information and belief, at all times relevant hereto, Defendant Ruby Life, Inc. has been a corporation organized under the laws of the province of Ontario, Canada, and has been doing business throughout California, including in San Diego County, California, as www.AshleyMadison.com.

4.    Throughout this Complaint, Plaintiff shall refer to both the app version and web-based version of Defendants' business establishment collectively as "Ashley Madison" unless otherwise indicated.

5.    On information and belief, at all times relevant hereto, Ashley Madison was a business establishment according to Civil Code sections 51 (the codification of California's Unruh Civil Rights Act), 51.5, and 51.6 (codification of California's Gender Tax Repeal Act) that intentionally created, advertised, marketed, employed, managed, and/or at least aided the unequal treatment and discrimination of Ashley Madison's subscribers and of those individuals who visited an Ashley Madison website or app with the intent to use Ashley Madison's services and encountered terms or conditions that excluded these individuals from full and equal access to Ashley Madison's services based on the sex, sexual orientation, and/or gender identity of the subscribers and those individuals who visited an Ashley Madison website or app with the intent to use Ashley Madison's services.

6.    The true names and capacities of Does 1 through 10 are unknown to Plaintiff. When their true names and capacities are learned, Plaintiff will amend this

complaint accordingly. Plaintiff is informed and believes, and on that basis alleges, each fictitiously named defendant is responsible in some way for and at least aided the occurrences herein alleged, and those defendants proximately caused Plaintiffs and the members of the Class damages. Each reference in this complaint to "Defendants," "Defendant," "Ashley Madison," or a specifically named defendant refers to all defendants sued under fictitious names.

7.    Unless otherwise alleged, whenever reference is made in this complaint to any act of "defendant," "defendants," or to a specifically named defendant, such allegation shall mean that each defendant acted individually and jointly with the other defendant named in the complaint.

8.    Unless otherwise alleged, whenever reference is made in this complaint to any act or omission of any corporate or business defendant, such allegation shall mean that such corporation or other business defendant committed or omitted to act as in this complaint through its officers, members, directors, stockholders, employees, agents, and/or representatives while they were acting within the actual or apparent scope of their authority.

9.    At all relevant times alleged herein, each defendant has been each the agent, alter-ego, representative, partner, joint venturer, employee, or assistant of the other defendants and has acted within the course and scope of said agency, alter-ego, representation, partnership, or joint venture with the knowledge, notification, authorization, and consent of each of the other defendants.

## JURISDICTION AND VENUE

10.    Jurisdiction is proper under 28 U.S.C. § 1332 because Plaintiff is a citizen of the State of California, both Defendants are citizens of Canada, and the amount in controversy exceeds $5,000,000 exclusive of interest and costs, and therefore, both diversity jurisdiction and the damages threshold under the Class Action Fairness Act of 2005 are present, thereby giving this Court jurisdiction.

11.    Venue is proper pursuant to 28 U.S.C. § 1391 for the following reasons: (i) the conduct complained of herein has occurred within this judicial district; and (ii) Defendants have conducted business within this judicial district at all times relevant.

12.    Personal jurisdiction is appropriate because Ashley Madison purposefully directed and/or expressly aimed its acts and actions complained of herein at California and purposefully availed itself of the benefits of doing business within California at least as follows:

a.    Ashley Madison recently and regularly employs, utilizes, or otherwise purposely and proactively engages in marketing via paying for and subscribing to Google Search Ads that specifically target California and consumers in the state, an example of which is shown below (Google search performed November 8, 2022):



Thus, if a person were to search "San Diego Marital Affair" during the below Class Period beginning on May 19, 2019 and continuing through the date of trial, the first Google search result on the first page of search results is an ad purchased by Ashley Madison that touts or boasts "California" as one of two states for "Adventurous Dating." Not only does the ad specifically mention California, but it also emphasizes "Local Affair" in the headline, thus indicating the ad is expressly aimed at or targeted to members and prospective members in San Diego, California. Google explains to its ad customers such as Ashley Madison how these ads are expressly aimed or targeted as

4

follows: (Google Ads "How It Works" information page: https://ads.google.com/intl/en_us/getstarted/how-it-works/?subid=us-en-ha-awa-bk-c-000!o3~EAIaIQobChMI1JaSrKOg-wIVmxXUAR3PwAKuEAAYASABEgIcyPD_BwE~137012514226~kwd-476164402208~17414654319~614317012784 (visited November 8, 2022)):

   i.   Step 1: Tell us your goal. We'll tailor your ad based on the results you want. And, no matter which advertising goal you choose, Google Ads can help you across the board: …

        • *Drive people to your website* (emphasis added)

   ii.   Step 2: Decide where to advertise. Your ad's reach. *For your ad to perform well, it has to find the right audience. <u>Google Ads lets you choose the location where your ad will appear</u>,* including within a certain radius of your store or covering entire regions and countries. (Emphasis added.)

   iii.   Step 3: Create your message. Highlight what's best about your business in 3 short sentences to get customers excited.

These ads – purchased by Ashley Madison and tailored to and expressly aimed at or targeted to the local California market – specifically mention California as a "destination" so that prospective customers who wish to have a marital affair in California or with a Californian will see the ads, click on them, and then be driven to Ashley Madison's website or app, i.e., Google uses a person's GPS location and/or IP address to know which ads to send to that person based on that person's search terms[1]. Simply put, the targeted marketing ads match the location of the people searching for

---

[1] See also https://support.google.com/google-ads/answer/1704368?hl=en ("Examples. If you run a kennel in Birmingham, you could add the Search keyword "dog care", and "Birmingham and nearby cities" as the target location for your Google Ads campaign. Then, when people in Birmingham type "dog care" on Google, they could view your ad next to the search results.") (Visited November 9, 2022.)

specific services (identified by the user's search terms) to the location where those services can be provided.  Ashley Madison's targeted marketing ads work the same way by specifically targeting the state of California as a location to hook up with (or "find" or "match with") potential paramours.  It would be a waste of time and advertising money for a seasoned and sophisticated company such as Ashley Madison if those ads were to appear in search results in jurisdictions where such ads would produce no or de minimis revenue, e.g., countries where such services are illegal, or sparsely populated areas such as rural Wyoming, or states that do not have three of the top twenty cities for infidelity as Ashley Madison has determined California has[2].  So the logical, common-sense inference – supported by further evidenced cited below – is that Ashley Madison paid for the Google Search Ads specifying California to expressly aim and target its matchmaking at California.  Thus, Ashley Madison targets California with these paid Google Search Ads because Ashley Madison knows the ads will be seen by people in California or people who want to travel to California for an affair, which produces a return on the advertising investment when people in California or people who seek an affair in California subscribe to Ashley Madison's services.

b.  (i). Because Ashley Madison purposefully targets and expressly aims its matchmaking service at California, Ashley Madison wrote its terms and conditions to specifically address California consumer protection laws, including rights of cancellation (section 5(D)) and consumer notices and waivers (section 15(A) under "Special State and Country Terms.")  See https://www.ashleymadison.com/app/public/tandc.p?c=1 (effective November 24,

---

[2]  blog.ashleymadison.com/top-us-cities-for-cheating (July 2019 "Cheating Hotlist: Ashley Madison presents The Top 20 US Cities for Infidelity" that includes three California cities: Fremont, Sacramento, and Anaheim. The entry reads, "Data Based on Ashley Madison signups from June 21st 2018 – September 22nd 2018," which is data Ashley Madison compiled from subscribers exchanging information from and about their California locations with Ashley Madison.

2021, last visited November 9, 2022.)

Section 5(D) states:

> Cancellations (also known as Right of Withdrawal) and Refunds
>
> Your rights will differ depending upon: …
>
> (iii) The geographic location where you reside when you sign up for the Services. …
>
>> iii. For members residing in Arizona, *California*, Connecticut… the Cancellation Period ends at midnight on the third (3rd) business day following the date of your purchase. … (Emphasis added.)

Section 15 states:

> Special terms apply in certain states and countries. In addition to specific jurisdictional provisions mentioned elsewhere in these Terms, the following provisions apply:

- **California**

  - **California Consumer Notice**

Under California Civil Code Section 1789.3, California members are entitled to the following consumer rights notice: The Platform and Service are provided by ruby Life Inc. d/b/a Ashley Madison. If you have a question or complaint regarding the Platform or Service, please contact Customer Service at support@ashleymadison.com. You may also contact us by writing to us at ruby Life Inc., PO Box 67027, Toronto, Ontario, Canada M4P 1E4, Attention: Customer Service. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by post at 1625 North Market Blvd., Suite N112, Sacramento, CA 95834 or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 928-1227.

  - **Waiver**

IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE SECTION 1542, WHICH SAYS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF

7

KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

(ii.) Ashley Madison wrote its Privacy Policy to specifically address its purposeful direction to and activities in California (https://www.ashleymadison.com/app/public/privacy.p; A full and complete copy of Ashley Madison's Privacy Policy is attached hereto as Exhibit 5.) Ashley Madison writes, in section 5 of its Privacy Policy, "HOW WILL WE SHARE YOUR INFORMATION?" Ashley Madison concedes it provides members' Personal Data to advertising agencies and marketing agents. As explained above and further below, that Personal Data is provided to advertising agencies and marketing agents such as Google so those agencies/agents can target certain demographics in certain locations, including California. Moreover, in section 16 of Ashley Madison's Privacy Policy, "IMPORTANT ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS," Ashley Madison goes on to especially explain to California residents how Ashley Madison collects numerous items of regulated Personal Data – including the address, geolocation, and "Characteristics of protected classifications under California or federal law such as race, sex, and age" of its members – from California residents and uses that information for commercial purposes as follows:

| Categories of personal information | Do we collect? | Do we disclose for business purposes? | Do we sell your Personal Data? | Sold or Disclosed for a business or commercial purpose in the prior 12 months? |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **NAME, CONTACT INFORMATION AND IDENTIFIERS**: Identifiers such as name, nickname, postal address, unique personal identifier, online identifier, Internet Protocol (IP) address, email address, account name, username, passwords. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>• To prevent credit card fraud<br>• To respond to chargeback claims<br>• To process customer refund inquires<br><br>We may use one's IP address for fraud detection and data security.<br><br>We may disclose information contained in your member-facing profile – including your username – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct. |
| **CUSTOMER RECORDS:** Paper and electronic customer records containing personal information, such as name, physical characteristics or description, address, telephone number, bank account number, credit card number. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>• To prevent credit card fraud<br>• To respond to chargeback claims<br>• To process customer refund inquires<br>• We may disclose a single account identifier – which will not be enough, on its own, to identify you – to certain third-party affiliates, for fraud detection purposes.<br><br>We may disclose information contained in your member-facing profile – including descriptors of yourself – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct. |
| **PROTECTED CLASSIFICATIONS**: Characteristics of | YES | YES | NO | • We may disclose aggregate data about age groups/range segment conversion data to certain performance marketing campaigns |

9

| | | | | |
|---|---|---|---|---|
| protected classifications under California or federal law, such as race, sex, and age. | | | | to confirm payment-qualifying transactions.<br><br>• Members must identify their gender in order to use the Services and for the purpose of being presented with profiles of other members<br><br>• Members may choose to provide other information, such as their race, to better describe themselves to other members of the Services.<br><br>We may disclose information contained in your member-facing profile – including descriptors of yourself – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct. |
| **PURCHASE HISTORY AND TENDENCIES**: Commercial information, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>• To prevent credit card fraud<br><br>• To respond to chargeback claims<br><br>• To process customer refund inquires |
| **BIOMETRIC INFORMATION**· | NO | NO | NO | NO |
| **USAGE DATA**: Internet or other electronic network activity information such as usage of services, and information regarding a resident's interaction with an internet website, mobile | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>• To prevent credit card fraud<br><br>• To respond to chargeback claims<br><br>• To process customer refund inquires |

10

| | | | | |
|---|---|---|---|---|
| application, or advertisement. | | | | |
| **GEOLOCATION DATA**: City of residence. | YES | NO | NO | NO |
| **AUDIO/VISUAL**: Audio, electronic, visual, thermal, olfactory, or similar information. | NO | NO | NO | NO |
| **EMPLOYMENT HISTORY**: Professional or employment-related information. | NO | NO | NO | NO |
| **EDUCATION INFORMATION** | NO | NO | NO | NO |
| **PROFILES AND INFERENCES**: Inferences drawn from any of the information identified above to create a profile about a resident reflecting the resident's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes. | YES | NO | NO | No, but information you include in your profile will be visible to other members of the Platform(s) (as contemplated in this Privacy Policy). |

Per the California Consumer Privacy Act ("CCPA"), Ashley Madison is not required to collect many of the categories of information listed above, but Ashley Madison is required to disclose the information it does collect from and about Ashley Madison subscribers who reside in California. The fact that Ashley Madison collects this information from and about Ashley Madison subscribers who reside in California

11

and uses it for business purposes not only demonstrates Ashley Madison does substantial business in California, but also that Ashley Madison targets California to obtain this information. Moreover, in the section of the chart reproduced above titled "Characteristics of protected classifications under California or federal law such as race, sex, and age," Ashley Madison concedes, "We may disclose aggregate data about age groups/range segment conversions data to certain performance marketing campaigns..." Ashley Madison collects information from and about Ashley Madison subscribers who reside in California, such as these Californians' race, sex, and age, and then discloses those personal characteristics to third parties for marketing campaigns in California.

(iii.) Ashley Madison is thus aware of the extent to which it targets and expressly aims its matchmaking service at California. So much so that Ashley Madison attempts to protect itself legally by citing and referring its actual and prospective California users to California consumer protection laws and notices in its online terms and conditions and Privacy Policy so Ashley Madison may comply with State of California laws.

c. Ashley Madison operates an affiliate marketing program that includes California affiliates that market on Ashley Madison's behalf (https://affiliates.ashleymadison.com/). Affiliate marketing involves referring a product or service by sharing it on a blog, social media platform, podcast, or website. The affiliate earns a commission each time someone makes a purchase through the unique affiliate link associated with its recommendation. For example, a celebrity may post a link to Company X's product or service on the celebrity's Instagram page. If a celebrity follower clicks the link and purchases the product or service, Company X pays the affiliate a commission for having successfully marketed Company X's product or service. Ashley Madison does this and invites affiliates to "add us to your revenue stream" through various methods including a CPA Program (pay per paying user), CPL Program (pay per lead), and CPI Program (pay per install). If one then clicks the "Sign Up" button, Ashley Madison's website takes the user to a signup page titled "Partner Sign Up" where the affiliate then enters its contact information, including a drop down

box for the state where the affiliate is located (https://affiliates.rubylife.com/signup). Further information on Ashley Madison's affiliate program may be found here https://affiliate.ashleymadison.com/app/public/faq.p and here https://affiliate.ashleymadison.com/app/public/tandc.p. A screenshot of the sign-up page is reproduced below, including the drop down box that includes California:



Ashley Madison, therefore, specifically targets California through its affiliate marketing program and, on information and belief, has hundreds of California affiliates. At a minimum, Ashley Madison directs its activities at California by inviting California-

13

based affiliates to sign up as a "partner" for marketing purposes.

d. Ashley Madison was recently sued in 2020 in *Ashley Nichols v. Ruby Corp. et al.,* U.S. District Court for the Southern District of California Case No. '20CV0491 BAS KSC for allegedly violating anti-SPAM laws.  The allegations in that case involved Ashley Madison expressly aiming at and targeting California by sending unsolicited emails to people in California, which indicates an intentional act to purposefully direct its advertisements for its matchmaking services to California within the below Class Period.  As noted herein, Ashley Madison continues to direct and aim its advertisements to California, meaning Ashley Madison cannot claim it does not know it purposely is and purposely has been targeting California during the Class Period.

e. In or around late 2015 to early 2016, Ashley Madison's former Chief Operating Officer, Rizwan Jiwan, was interviewed for a report that "examines Ashley Madison's Marketing strategies and recommends ways to increase traffic and profitability," and has the objective of formulating "a comprehensive Marketing Strategy that will bring more customers to the site." See https://alejandro-tafur.squarespace.com/s/Ashley-Madison.pdf, last visited November 9, 2022 and attached hereto as Exhibit 6. The report further reads, "Our primary research consisted of a conference call with Ashley Madison's COO, Rizwan Jiwan, about the company's Marketing Strategy, competitors, and challenges. (Appendix A) (*sic*)  Through this interview we established who Ashley Madison needs to *target*, how they can advertise, *and where they need to seek potential customers*." (Emphasis added.) The report continues: "Other Recommendations. *Search Engine Targeting*. Most people, when confronted with a problem, turn to one source of knowledge for help: the Internet. By *targeting* search engines and *buying ad space* for commonly searched terms (unhappy marriage, bad sex life, affair, divorce, etc.), Ashley Madison could put itself in a prime position to capture its *target* audience."  (Emphasis added.)  Finally, in section 4 of the Appendix, the report quotes a Q&A with Mr. Jiwan as follows: Q: "When/where do you get the most member sign-ups?" A: "The day after New Years is definitely up there. After any holiday really, but New Years specifically.

14

The main theory is that you're you're (sic) spending your whole weekend with your spouse, your in-laws, which makes you want to make a resolution to change your life. Meanwhile, _California is definitely one of our biggest markets_." (Emphasis added.) The report uses the word "target" repeatedly, discusses purchasing targeted search engine ads, and when asked "where do you get the most member sign-ups," Mr. Jiwan provided one, and only one, location: California.

  f. Ashley Madison's Twitter page boasts there are 75 million Ashley Madison subscribers. Upon information and belief, and based on the common sense or fact that California is America's most populous state with approximately 40 million residents, thousands of those subscribers are located in California doing business with and exchanging communications, money, and financial information such as credit card numbers, and computer files with Ashley Madison's offices and servers on a daily basis. (twitter.com/ashleymadison?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor – "The world's leading married dating website with more than 75 million members worldwide. Life is Short. Have an Affair" (visited November 9, 2022.)) On information and belief, California is Ashley Madison's biggest market by state. Thus, when Ashley Madison lists on its blog the "Top 20 U.S. Cities for Infidelity" (three of which are in California, Exhibit 7), "Top 10 Cities for Infidelity" on its Twitter account (in the world, apparently – three of which are in California, Exhibit 8), and in news media interviews (Exhibit 9, December 20, 2019, article on betches.com, "These U.S. Cities Have the Most Cheaters During Cuffing Season," including an interview with Isabella Mise, Ashley Madison's Director of Member Relations, boasting seven of the top 20 cities being in California), Ashley Madison is purposefully releasing proprietary information collected from its users with the goal of informing prospective customers where the action is – in California. The intentional publication of this information – that there are many potential paramours in California – is purposely directed and expressly aimed at California as a location for affairs for both California residents and people outside of California who want to have an affair in the apparently unfaithful and

adulterous Golden State. As such, personal jurisdiction is supported in this case because Ashley Madison clearly does business over the Internet and enters into contracts with thousands of people who reside in or visit California – business that involves the knowing and repeated transmission of computer files over the Internet – all of which is facilitated and/or encouraged by Ashley Madison's purposeful targeting of prospective California customers via advertisements, marketing, posts on its blog and social media, and media interviews.

g. In January 2014, Ashley Madison's predecessor corporate entities, Avid Media and Avid Dating, removed the case of *Lewis v. Avid Dating Life, Inc., et al.*, C.D. Cal. Case No. 2:14-cv-00763-DMG-MRW from California state court to the Central District Court pursuant to the Class Action Fairness Act of 2005. The *Lewis* Case involved virtually the same allegations and claims at issue in the present case: the *Lewis* Case involved a putative class action against Avid Media and Avid Dating as then-owners and operators of Ashley Madison for gender and sex discrimination under the Unruh Act, the Gender Tax Repeal Act of 1995, California Civil Code § 51.5, and unfair competition. From that point on, it was foreseeable to Ashley Madison that the intentional act of gender price discrimination would harm Californians' statutorily protected rights to be free from such discrimination. Nevertheless, Ashley Madison continued the same course of conduct anyway, all the way through the Class Period, which demonstrates on ongoing, conscious intent by Ashley Madison to target California with its discriminatory pricing scheme. In other words, after Ashley Madison was sued in the *Lewis* Case in 2014, Ashley Madison had to make a choice whether to continue its discriminatory pricing scheme in California or switch to a gender-neutral, non-discriminatory alternative instead. The fact that Ashley Madison intentionally chose to continue discriminating, despite knowing such conduct was harmful, demonstrates Ashley Madison purposefully directed the same discriminatory conduct at California.

h. Ashley Madison purchased a billboard ad near Los Angeles International Airport. Ashley Madison's founder and former CEO Noel Biderman said he chose the high-traffic location because he was looking to expand Ashley Madison in Los Angeles, i.e., target California residents. www.huffpost.com/entry/kim-jong-un-billboard-ashley-madison-lax-airport_n_1703565 (visited November 9, 2022.)

i. To summarize, this Court has jurisdiction over Ashley Madison because Ashley Madison has continuously and purposely directed and expressly aimed the intentional and discriminatory acts alleged herein at California and clearly does business in California by operating an interactive website. Ashley Madison knows – and several of its executives have confirmed publicly over the years – that California is where the action is, which explains why Ashley Madison targets California with its advertisements, marketing, data collection, and commercial activities.

## NATURE AND BASIS OF CLAIMS

13. This is a straightforward case of gender-based price discrimination in violation of California Civil Code sections 51, 51.5, and 51.6 and two unanimous California Supreme Court opinions, *Koire v. Metro Car Wash,* 40 Cal.3d 24 (1985) and *Angelucci v. Century Supper Club,* 41 Cal.4th 160 (2007), which held that price discrimination of consumers in California based on sex violates the Unruh Civil Rights Act.

14. Ashley Madison is a dating app or website, the former being mainly accessed by cell phones and the latter is at www.AshleyMadison.com.

15. Ashley Madison makes use of its subscribers' cell phone global positioning system or IP address to assist in the creation of the subscribers' profiles and find prospective matches for each subscriber, prospective matches for which the subscriber can then initiate contact. Signing up as a Guest Member on Ashley Madison is free. However, unlike well-known online dating sites such as Match.com, Ashley Madison's business model is based on credits rather than monthly subscriptions. Thus, Ashley Madison allows users to set up their Guest Member accounts for free, but users

17

cannot communicate with each other unless credits are purchased and spent. For a conversation between two members, one of the members, always the man in male/female conversations, must first purchase and then spend credits to communicate with the woman. Any follow-up messages between the two members are free after communication has been initiated.

16.    Ashley Madison prohibits all men – be they heterosexual, bisexual, or transgender – from initiating contact with any women without first purchasing credits and then using those credits to initiate contact with women. Women never have to pay to initiate contact with men. Instead, if a woman wishes to initiate contact with a man, she sends a "collect" message indicating interest, then the man is required to use his credits to open the woman's collect message. Then, if the man wishes to respond, he is required to use even more credits to start the conversation in the same fashion as when a man initiates contact in the first place. Thus, regardless of whether a man initiates contact with a woman or a woman initiates contact with a man, the man has to pay, but the woman does not.

17.    Ashley Madison's price discrimination has violated three of California's civil rights statutes, California Civil Code sections 51, 51.5, and 51.6, by denying heterosexual, bisexual, and transgender men full and equal accommodations, advantages, facilities, privileges, or services, on the basis of sex, sexual orientation, and gender identity, while during the same time Ashley Madison has provided women full access to Ashley Madison's services without making women pay to initiate contact with men.

18.    On information and belief, this disparate, sex-, sexual orientation-, and gender identity-based discrimination has been the business model for Ashley Madison's dating app since its inception twenty years ago, thus indicating Ashley Madison is liable for thousands, if not tens or hundreds of thousands of violations or offenses of Civil Code sections 51, 51.5, and 51.6 in California.

19.     Despite these and other California anti-discrimination statutes, two California Supreme Court opinions specifically holding that sex-based pricing practices violate Civil Code sections 51, 51.5, and 51.6, and numerous rulings and publications by the California Department of Justice and Department of Fair Employment and Housing addressing how businesses violate the Unruh Civil Rights Act when they treat consumers unequally based on their sex, sexual orientation, or gender identity, Ashley Madison continues to do just that – even going so far as brazenly flaunting its discrimination of its subscribers and prospective subscribers based on their sex, sexual orientation, and gender identity. For example, Ashley Madison openly advertises and admits the following at the Frequently Asked Questions section of its website at https://www.ashleymadison.com/app/public/faq.p (last visited May 17, 2022), a printout of which is reproduced as Exhibit 1:

How much does it cost to use Ashley Madison?

For women seeking men, Ashley Madison is free. [M]en seeking women… can sign up for a free Guest Membership to check out the site – and when they are ready to start communicating, we offer a variety of credit and subscription packages.
------------------------------------------------------------------------------------
What's included in the free membership?  What's not?

For women seeking men, full membership on Ashley Madison is free.  Everyone else* is welcome to sign up as a Guest Member to view profiles, share photos, and send winks all for free.   When Guest Members are ready to start communicating with other members, we offer a range of credit and subscription packages.

* Men seeking women, men seeking men, and women seeking women must purchase a credit package to enjoy full membership status on Ashley Madison.
------------------------------------------------------------------------------------
What is a full member?

Being a Full Member means having a positive amount of credits in your account or an active subscription. With credits or a subscription, a member can communicate with other members on the site by sending them personalized

19

messages, open collect messages, initiate chat, send gifts, and send priority messages.

-------------------------------------------------------------------------------------------

How do credits work?

7 credits to initiate contact with a female member via message.
Want to make your initial contact standout even more?

12 credits allow you to initiate contact with a female member via a priority, highlighted message.

5 credits to open collect messages.

Once you have initiated contact, additional messages to the same member are free!

20.     Ashley Madison provides women seeking men full membership for free, but Ashley Madison denies full membership to men unless they purchase credits. This intentional discrimination in pricing violates Civil Code sections 51, 51.5, and 51.6.

21.     In the landmark Unruh Civil Rights Act gender-price discrimination case of *Angelucci v. Century Supper Club* 41 Cal.4th 160, 167 (2007) the California Supreme Court, in ruling that a business could not charge women and men different cover charges to enter a Los Angeles supper club, perhaps best summarized the purpose and intent of the Unruh Act as follows:

> The Unruh Civil Rights Act (Civ. Code, § 51 et seq.) must be construed liberally in order to carry out its purpose. The act expresses a state and national policy against discrimination on arbitrary grounds. Its provisions are intended as an active measure that creates and preserves a nondiscriminatory environment in California business establishments by banishing or eradicating arbitrary, invidious discrimination by such establishments. The act stands as a bulwark protecting each person's inherent right to full and equal access to all business establishments (§ 51, subd. (b)). The act imposes a compulsory duty upon business establishments to serve all persons without arbitrary discrimination. The act serves as a preventive measure, without which it is recognized that businesses might fall into discriminatory practices.

20

22.    In the earlier and seminal California Supreme Court case on gender-based pricing discrimination of California consumers, *Koire v. Metro Car Wash.* 40 Cal.3d 24, 34-35 (1985), the Court explained at length how gender-based pricing practices that seemingly favor women over men actually harm both sexes:

Moreover, differential pricing based on sex may be generally detrimental to both men and women, because it reinforces harmful stereotypes. (See Babcock et al., Sex Discrimination and the Law (1975) p. 1069; Note, *Washington's Equal Rights Amendment and Law Against Discrimination -- The Approval of the Seattle Sonics' "Ladies' Night"* (1983) 58 Wash. L. Rev. 465, 473.)

Men and women alike suffer from the stereotypes perpetrated by sex-based differential treatment. (See Kanowitz, *"Benign" Sex Discrimination: Its Troubles and Their Cure (1980) 31 Hastings L.J. 1379, 1394;* Comment, *Equal Rights Provisions: The Experience Under State Constitutions (1977) 65 Cal.L. Rev. 1086, 1106-1107.)* When the law "emphasizes irrelevant differences between men and women[,] [it] cannot help influencing the content and the tone of the social, as well as the legal, relations between the sexes. . . .  As long as organized legal systems, at once the most respected and most feared of social institutions, continue to differentiate sharply, in treatment or in words, between men and women on the basis of irrelevant and artificially created distinctions, the likelihood of men and women coming to regard one another primarily as fellow human beings and only secondarily as representatives of another sex will continue to be remote.  When men and women are prevented from recognizing one another's essential humanity by sexual prejudices, nourished by legal as well as social institutions, society as a whole remains less than it could otherwise become." (Kanowitz, Women and the Law (1969) p. 4.)

Whether or not these defendants consciously based their discounts on sex stereotypes, the practice has traditionally been of that character.  For example, in *Com., Pa. Liquor Control Bd. v. Dobrinoff (1984) 80 Pa. Cmwlth. 453 [471 A.2d 941],* the trial court relied on just such a stereotype in upholding a tavern's cover charge distinction based on sex. The court suggested that the purpose of the discount was "'chivalry and courtesy to the fair sex.'" (*Id*., at p. 943.) The appellate court held, however, that a variance in admission charge based "solely upon a difference in gender, having no legitimate relevance in the circumstances"

violated the Pennsylvania Human Relation Act's prohibition against sex discrimination. (*Ibid*.)

23.    Ashley Madison's favoritism of women over men has repudiated hundreds of years of women's struggle to be viewed as being equal to men. Not only has the California Supreme Court - twice in the above *Koire* and *Angelucci* opinions - expressed its disapproval of how ostensibly female-favored business practices such as practices that charge consumers different prices based on the consumers' sex, the United States Supreme Court has similarly weighed in as well about "romantic paternalism" directed at women.  In *Frontiero v. Richardson*, 411 U.S. 677 (1973), the U.S. Supreme Court ruled the military must provide its female members with the same housing and medical benefits as it provides its male members. Justice William J. Brennan Jr. wrote that the military's unequal treatment of men and women is yet another example of one of those types of traditional sex discrimination that ostensibly appears to benefit women, but is "rationalized by an attitude of 'romantic paternalism' which, in practical effect, put women, not on a pedestal, but in a cage." *Id*. at p. 684.

24.    Ashley Madison's disparate treatment of men and women has caused discontent, animosity, harm, resentment, or envy among the sexes, constituted intentional, arbitrary, unreasonable, and/or invidious discrimination, and contravened California's historical effort and public policy to eradicate sex discrimination. Defendant willfully and maliciously injured Plaintiff and class members by intentionally discriminating against them based on their sex, sexual orientation, and/or gender identity.

25.    In April and May of 2022, Plaintiff Harry Crouch, a heterosexual male who is and always has identified as a male, and was seeking women, visited Ashley Madison's website with the definite and specific intent to use Ashley Madison's services. At those times, Mr. Crouch encountered the above-referenced sex-based discriminatory terms and conditions against men and did not sign up as a member, user, or subscriber of Ashley Madison's services because of Ashley Madison's unequal

1 treatment of and discrimination against men.

2    26.    The California Department of Fair Employment and Housing ("DFEH"),

3 the State agency charged with preventing unlawful discrimination by businesses

4 operating in California, has several Unruh Civil Rights Act publications specifically

5 addressing the unlawfulness of sex-based pricing, practices, and promotions. These

6 publications are attached herein as Exhibits 2, 3, and 4. Exhibits 3 and 4 can be found

7 at www.dfeh.ca.gov/wp-content/uploads/sites/32/2017/12/DFEH_UnruhFactSheet.pdf

8 and                                  at                         www.dfeh.ca.gov/wp-

9 content/uploads/sites/32/2017/12/DFEH_UnruhPamphlet.pdf, respectively.

10    27.    By this action, Plaintiff seeks redress for Ashley Madison's unequal

11 treatment of and discrimination against Plaintiff and class members based on their sex,

12 sexual orientation, and/or gender identity.

13                                **CLASS ALLEGATIONS**

14    28.    Plaintiff brings this class action on his own behalf and on behalf of all other

15 persons similarly situated under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3) as follows:

16        All subscribers to the Ashley Madison app to whom Ashley Madison

17        denied equal treatment, at any time these subscribers were in California, based

18        on the subscribers' sex, sexual orientation, and/or gender identity during the

19        period beginning on May 19, 2019 and continuing through the date of trial (the

20        "Members Class.")

21        All persons who, while in California, visited Ashley Madison's app or

22        website, including but not limited to Ashley Madison's "Frequently Asked

23        Questions" page on its website or at software application download stores such

24        as Apple's "App Store" and Google's "Play Store," with the intent to use Ashley

25        Madison's services, and encountered Ashley Madison's sex-based, sexual

26        orientation-based, and gender identity-based discriminatory terms and conditions

27        that denied these same persons full and equal access to Ashley Madison's

28        services during the period beginning on May 19, 2019 and continuing through

23

the date of trial (the "Intended Members Class"). The Members Class and the Intended Members Class are collectively referred to herein as the "Class."

29.     Not included in the Class are the following individuals and/or entities: Defendants and their respective parents, subsidiaries, affiliates, officers and directors, current or former employees, and any entities in which Defendants have a controlling interest; all individuals who make a timely election to be excluded from this proceeding using the correct protocol for opting out; all judges and their staff members assigned to hear any aspect of this litigation, as well as such judges' immediate family members; and Plaintiff's counsel and anyone employed by Plaintiff's counsel.

30.     This action has been brought and may properly be maintained pursuant to Federal Rules of Civil Procedure 23(a) and (b)(2) and (b)(3) for the below reasons:

(a)     The members of the proposed Class are so numerous it would be impracticable to join them all individually in a single action. The proposed Class is believed to number at least thousands of members. If the court determines notice to be necessary or appropriate, members of the proposed Class may be notified of the pendency of this action by mail and/or email, supplemented or substituted by published notice;

(b)     Common questions of law and fact exist as to all members of the proposed Class. These questions predominate over any questions that affect only individual members of the proposed Class. These common legal and factual questions include:

(1)     Whether Ashley Madison providing only females seeking males full membership for free while denying heterosexual, bisexual, and transgender males full membership on the basis of their sex, sexual orientation, and gender identity unless they paid for full membership;

(2)     Whether Ashley Madison providing only females seeking males full membership for free while denying heterosexual, bisexual, and transgender males full membership on the basis of their sex, sexual

24

orientation, and gender identity unless they paid for full membership violates Civil Code section 51;

(3)     Whether Ashley Madison providing only females seeking males full membership for free while denying heterosexual, bisexual, and transgender males full membership for free on the basis of their sex, sexual orientation, and gender identity unless they paid for full membership violates Civil Code section 51.5;

(4)     Whether Ashley Madison providing only females seeking males full membership for free while denying heterosexual, bisexual, and transgender males full membership for free on the basis of their sex, sexual orientation, and gender identity unless they paid for full membership violates Civil Code section 51.6;

(5)     Whether persons who, while in California, visited an Ashley Madison website with the intent to use Ashley Madison's services, and encountered Ashley Madison's terms and conditions that excluded these persons from full and equal access to Ashley Madison's services based on the persons' sex, sexual orientation, or gender identity, were treated unequally in violation of Civil Code section 51;

(6)     Whether persons who, while in California, visited an Ashley Madison website with the intent to use Ashley Madison's services, and encountered Ashley Madison's terms and conditions that excluded these persons from full and equal access to Ashley Madison's services based on the persons' sex, sexual orientation, or gender identity, were treated unequally in violation of Civil Code section 51.5;

(7)     Whether persons who, while in California, visited an Ashley Madison website with the intent to use Ashley Madison's services, and while at an Ashley Madison website, encountered Ashley Madison's terms and conditions that excluded these persons from full and equal access to

25

Ashley Madison's services based on the persons' sex, sexual orientation, or gender identity, were discriminated against and/or blacklisted in violation of Civil Code section 51.5; and

(8)    Whether persons who, while in California, visited an Ashley Madison website with the intent to use Ashley Madison's services, and while at an Ashley Madison website, encountered Ashley Madison's terms and conditions that excluded these persons from full and equal access to Ashley Madison's services based on the persons' sex, sexual orientation, or gender identity, were discriminated against in violation of Civil Code section 51.6.

31.    Plaintiff's claims are typical of those of the proposed Class. Like the members of the proposed Class, Ashley Madison treated Plaintiff unequally based on his sex, sexual orientation, and/or gender identity. Based upon the Plaintiff and proposed Class's sex, sexual orientation, and/or gender identity, Ashley Madison (1) denied Plaintiff and the members of the proposed Class the equal accommodations, advantages, facilities, privileges, or services to which they are entitled under California Civil Code section 51; (2) discriminated against and/or blacklisted Plaintiff and the members of the proposed Class in violation of California Civil Code section 51.5; and (3) discriminated against Plaintiff and the members of the proposed Class in violation of California Civil Code section 51.6. Plaintiff and the members of the proposed Class are similarly situated and were similarly treated unequally, discriminated against, and blacklisted by the same course of unlawful conduct alleged herein.

32.    Plaintiff will fairly and adequately protect the interests of the members of the proposed Class. Plaintiff is a member of the proposed Class and has no interests adverse to the interests of the proposed Class. Plaintiff is a champion of equal rights and equal treatment for everyone no matter their personal characteristics such as sex, sexual orientation, or gender identity. Plaintiff has been treated unequally because of his sex, sexual orientation, and gender identity as a result of Ashley Madison's above

conduct, policy, and practice. This unequal treatment and harm to Plaintiff provides him with a substantial stake in this action and the incentive to prosecute it vigorously for himself and the proposed Class. Plaintiff has retained highly competent counsel experienced in prosecuting Civil Code sections 51, 51.5, and 51.6 class actions and individual claims for the unequal treatment, discrimination, and blacklisting of consumers by businesses based on consumers' sex, sexual orientation, and gender identity.

33.    A class action is superior to other available methods for the fair and efficient adjudication of the litigation because individual joinder of all members of the proposed Class is impracticable.  The damages suffered by each individual member of the proposed Class are relatively small given the expense and burden of prosecuting an individual action. Thus, it would be virtually impossible for the members of the proposed Class to individually redress the wrongs done to them.  Even if the members of the proposed Class themselves could afford such individual litigation, such litigation would constitute a highly avoidable inefficiency in the administration of justice by the courts.

34.    Also, individualized litigation presents the potential for inconsistent or contradictory judgments.  Importantly, despite the many California statutes, California Supreme Court opinions, and State of California administrative agency publications addressing business practices that discriminate against consumers, many consumers still may not know that Ashley Madison's disparate treatment of them based on their sex, sexual orientation, or gender identity violates California's anti-discrimination laws. And these consumers may not know that Ashley Madison's wrongs are subject to the rights and remedies provided by Civil Code section 52.  A class action will right the wrongs inflicted on those many people who Ashley Madison discriminated against and who do not even know they have legally recognizable claims that provide for statutory damages, injunctive relief, and attorneys' fees awards.

35.    Class certification is appropriate pursuant to Fed. R. Civ. P. 23(b)(2) because Defendants have acted and/or have refused to act on grounds generally applicable to each of the classes, making appropriate declaratory, equitable, and injunctive relief with respect to Plaintiffs and the Class Members as a whole. The Class Members in each of the two classes are entitled to declaratory, equitable, and injunctive relief to end Defendants' common, unfair, and unlawful discriminatory policies.

36.    Class certification is also appropriate pursuant to Fed. R. Civ. P. 23(b)(3) because common questions of fact and law predominate over any questions affecting only individual Class Members in the two classes, and because a class action is superior to other available methods for the fair and efficient adjudication of this litigation since joinder of all members is impracticable. The Class Members have been damaged and are entitled to recovery of statutory penalties under California Civil Code section 52 because of Defendants' common, unfair, and discriminatory policies. Damages are capable of measurement on a classwide basis. Wells Fargo engages in continuous, permanent, and substantial activity in California. There will be no undue difficulty in the management of this litigation as a class action.

## FIRST CAUSE OF ACTION

### Violation Of The Unruh Civil Rights Act, California Civil Code Section 51
### Denial Of Equal Treatment Based On Sex

37.    Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

38.    Ashley Madison is a "business establishment" within the meaning of the Unruh Civil Rights Act (California Civil Code section 51).

39.    By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison intentionally denied equal accommodations, advantages, facilities, privileges,

28

or services to Plaintiff and the proposed Class on the basis of their sex, which is prohibited by Civil Code section 51.

40.    Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

41.    In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from continuing its discriminatory actions as alleged above. Plaintiff and members of the proposed Class are entitled to public injunctive relief on behalf of himself, the Class, and the general public.

## SECOND CAUSE OF ACTION

### Violation Of The Unruh Civil Rights Act, California Civil Code Section 51
### Denial Of Equal Treatment Based On Sexual Orientation

42.    Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

43.    Ashley Madison is a "business establishment" within the meaning of the Unruh Civil Rights Act (California Civil Code section 51).

44.    By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison intentionally denied equal accommodations, advantages, facilities, privileges, or services to Plaintiff and the proposed Class on the basis of their sexual orientation, which is prohibited by Civil Code section 51.

45.    Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

29

46.     In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from continuing its discriminatory actions as alleged above. Plaintiff is entitled to public injunctive relief on behalf of himself, the Class, and the general public.

## **THIRD CAUSE OF ACTION**

### **Violation Of The Unruh Civil Rights Act, California Civil Code Section 51**
### **Denial Of Equal Treatment Based On Gender Identity**

47.     Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

48.     Ashley Madison is a "business establishment" within the meaning of the Unruh Civil Rights Act (California Civil Code section 51).

49.     By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison intentionally denied equal accommodations, advantages, facilities, privileges, or services to Plaintiff and the proposed Class on the basis of their gender identity, which is prohibited by Civil Code section 51.

50.     Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

51.     In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from continuing its discriminatory actions as alleged above. Plaintiff is entitled to public injunctive relief on behalf of himself, the Class, and the general public.

## FOURTH CAUSE OF ACTION

### Violation Of California Civil Code Section 51.5

### Discrimination Based On Sex

52.    Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

53.    Ashley Madison is a "business establishment" within the meaning of California Civil Code section 51.5.

54.    By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison discriminated against Plaintiff and the proposed Class on the basis of their sex, which is prohibited by Civil Code section 51.5.

55.    Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

56.    In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from repeating its discriminatory actions as alleged above. Plaintiff is entitled to public injunctive relief on behalf of himself, the Class, and the general public.

## FIFTH CAUSE OF ACTION

### Violation Of California Civil Code Section 51.5

### Discrimination Based On Sexual Orientation

57.    Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

58.    Ashley Madison is a "business establishment" within the meaning of California Civil Code section 51.5.

59.     By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison discriminated against Plaintiff and the proposed Class on the basis of their sexual orientation, which is prohibited by Civil Code section 51.5.

60.     Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

61.     In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from repeating its discriminatory actions as alleged above. Plaintiff is entitled to injunctive relief on behalf of himself, the Class, and the general public.

## SIXTH CAUSE OF ACTION

### Violation Of California Civil Code Section 51.5

### Discrimination Based On Gender Identity

62.     Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

63.     Ashley Madison is a "business establishment" within the meaning of California Civil Code section 51.5.

64.     By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying heterosexual, bisexual, and transgender males full membership unless they first purchased credits, Ashley Madison discriminated against Plaintiff and the proposed Class on the basis of their gender identity, which is prohibited by Civil Code section 51.5.

65.     Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code

32

section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

66.    In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from repeating its discriminatory actions as alleged above. Plaintiff is entitled to injunctive relief on behalf of himself, the Class, and the general public.

## SEVENTH CAUSE OF ACTION

### Violation Of California Civil Code Section 51.6
### Price Discrimination Based On Gender

67.    Plaintiff incorporates in this cause of action the allegations contained in every preceding paragraph of this Complaint as if they were set out in full herein.

68.    Ashley Madison is a "business establishment" within the meaning of California Civil Code section 51.6.

69.    By virtue of Ashley Madison's acts and omissions in allowing only women seeking men to have full membership for free, while denying men full membership unless they first purchased credits, Ashley Madison discriminated with respect to the price charged for services of similar or like kind because of Plaintiff and the proposed Class's gender, which is prohibited by Civil Code section 51.6.

70.    Pursuant to Civil Code section 52, Ashley Madison is liable to Plaintiff and the members of the Class for their statutory damages mandated by Civil Code section 52 for each and every offense, and attorneys' fees determined by the Court in addition thereto.

71.    In addition, pursuant to Civil Code section 52, injunctive relief is necessary and appropriate to prevent Ashley Madison from repeating its discriminatory actions as alleged above. Plaintiff is entitled to public injunctive relief on behalf of himself, the Class, and the general public.

# **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief on behalf of himself and the members of the Class:

1. Public injunctive relief in the form of a preliminary and permanent injunction against Defendants and officers, agents, successors, employees, representatives, and any and all persons acting in concert with them, from engaging in each of the discriminatory policies, practices, customs, and usages set forth herein;

2. Certify a class under Rule 23(a) and (b)(2) and (b)(3) of the Federal Rules of Civil procedure, appoint Plaintiff's counsel as Class Counsel, and appoint the named Plaintiff as the Class representative;

3. For an order requiring Defendants' officers and employees to undergo diversity, equity, and inclusion training, specifically to recognize and acknowledge men and women as being equal and therefore entitled to equal treatment;

4. For statutory damages of $4,000 for each and every offense Defendants committed against each member of the Class pursuant to Civil Code section 52;

5. For costs incurred herein, including attorneys' fees to the extent allowable by statute, including by Civil Code sections 52 and Code of Civil Procedure section 1021.5; and

6. For such other and further relief as this court may deem proper.

Dated: November 16, 2022          Respectfully Submitted

                             */s/ Alfred G. Rava*
                            Alfred G. Rava (Cal. Bar No. 188318)
                            RAVA LAW FIRM
                            3667 Voltaire Street
                            San Diego, California 92106
                            Phone: 619-238-1993
                            E-mail: alrava@cox.net
                            *Attorney for Plaintiff Harry Crouch and the Proposed Classes*

34

# EXHIBIT 1

**Frequently Asked Questions**

Privacy

Security and Privacy Tips

Take control of your account settings

Ashley Madison Features

Membership and Billing

### Membership and Billing

How much does it cost to use Ashley Madison?    ⌄

For women seeking men, Ashley Madison is free. Women seeking women and men seeking women or men can sign up for a free Guest Membership to check out the site — and when they are ready to start communicating, we offer a variety of credit and subscription packages.

What's included in the free membership? What's not?    ⌄

For women seeking men, full membership on Ashley Madison is free. Everyone else* is welcome to sign up as a Guest Member to view profiles, share photos, and send winks all for free. When Guest Members are ready to start communicating with other members, we offer a range of credit and subscription packages.

*Men seeking women, men seeking men, and women seeking women must purchase a credit package to enjoy full membership status on Ashley Madison.

What is a Full Member?    ⌄

Being a Full Member means having a positive amount of credits in your account or an active subscription. With credits or a subscription, a member can communicate with other members on the site by sending them personalized messages, open collect messages, initiate chat, send gifts, and send priority messages.

What payment methods do you accept?    ⌄

How will the credit card charges appear on my card?    ⌄

How do credits work?    ⌄

7 credits to initiate contact with a female member via message.

Want to make your initial contact standout even more? 12 credits allow you to initiate contact with a female member via a priority, highlighted message.

5 credits to open collect messages.

Once you have initiated contact, additional messages to the same member are free!

How can I stop automatic billing for credits?    ⌄

How do I cancel a subscription?    ⌄

What is the mobile fee? Is it mandatory? How do I deselect this option?    ⌄

Press (https://media.ashleymadison.com)    Blog (https://blog.ashleymadison.com)    Privacy (https://www.ashleymadison.com/app/public/privacy.p)
Cookie Policy (https://www.ashleymadison.com/app/public/cookie.p)    Terms (https://www.ashleymadison.com/app/public/tandc.p?c=1)
Contact Us (https://www.ashleymadison.com/app/public/contact.p)
© 2001 - 2022 Ruby Life Inc. - Official Ashley Madison website (https://www.ashleymadison.com/)

# EXHIBIT 2

## Protections Under the Law Against Sex Discrimination

The Unruh Civil Rights Act (Civ. Code, § 51), originally enacted in 1959, was designed to protect the rights of Californians from arbitrary discrimination and to guarantee their rights to full and equal access to all public accommodations regardless of sex.

Discrimination by business establishments on the basis of sex is against the law. It is unlawful for any business that is open to the general public to discriminate against a patron based on any of the following classifications: sex, race, color, religion, ancestry, national origin, disability, medical condition, marital status, or sexual orientation. The Unruh Act protection is not limited to these classifications. It is an Unruh Act violation for a business to offer special treatment, whether preferential or detrimental, to one class of patrons regardless of the business' motives for doing so.

## Businesses that are Governed by the Unruh Civil Rights Act

The list below includes examples of businesses that are covered by the Unruh Act. This list is non-exhaustive, and may include any place of public accommodation regardless of whether the entity is a traditional business or non-profit entity.

- Bars and Nightclubs.
- Restaurants.
- Hotels and Motels.
- Retail Shops.
- Golf Courses.
- Fitness Clubs or Gyms.
- Theaters.
- Hospitals.
- Barber Shops and Beauty Salons.
- Non-Profit Organizations (open to the public).
- Public Agencies.
- Housing Accommodations.

## Filing a Complaint

The Department of Fair Employment and Housing (DFEH or Department) is charged with the task of upholding the Unruh Act, and ensuring that its laws and principles are not violated. If you believe you are a victim of unlawful discrimination, do not hesitate to call the DFEH and file a complaint following these steps:

- Contact the DFEH by calling the toll free number at (800) 884-1684 to schedule an appointment.
- "Be prepared to present specific facts about the alleged harassment of discrimination.
- "Provide any copies you may have of documents that support the charges in the complaint.
- Keep records and documents about the complaint, such as receipts, stubs, bills, applications, flyers, witness contact information, and other materials.

## Examples of Sex-Based Discrimination Under the Unruh Violations

The following are examples of potential violations of the Unruh Act. The list is not meant to be exhaustive, and there is other conduct that may violate the Act.

- Providing free admission, discounts, or promotional gifts to only one sex.
- Charging men and women different prices for comparable services, such as clothing alterations, haircuts, dry cleaning, or drinks at a restaurant or bar.

- Maintaining "women only" or "men only" exercise areas of a fitness club or gym and excluding or deterring the opposite sex from those areas.
- Establishing a "women only" or "men only" business establishment which would otherwise be completely open to the public.
- Excluding one sex from a business premises during certain times.
- Posting signs or adopting policies for "women recommended" or "men preferred."
- Requiring members of one sex to submit to searches to gain admittance to a business.

establishment while providing admittance to members of the other sex without the same level or degree of search.

- Promoting a business with "ladies night" discounts on admission and services.
- Denying access to a business, such as a nightclub to a particular sex, or giving preference to one sex over the other.



Complaints must be filed within one year from the last act of discrimination. The DFEH will conduct an impartial investigation.

The Department is not an advocate for either the person complaining or the person complained against. The Department represents the state. The DFEH will, if possible, try to assist both parties to resolve the complaint. If a voluntary settlement cannot be reached, and there is sufficient evidence to establish a violation of the law, the Department may issue an accusation and litigate the case before the Fair Employment and Housing Commission or in civil court. This law provides for a variety of remedies that may include the following:

■ Out-of-pocket expenses.
■ Cease and desist orders.
■ Damages for emotional distress.
■ Statutory damages of three times the amount of actual damages, or a minimum of $4,000 for each offense.

For more information, contact the DFEH
Toll Free (800) 884-1684
Sacramento area and out-of-state (916) 227-0551
Videophone for the Deaf (916) 226-5285
E-mail  contact.center @dfeh.ca.gov
Web site www.dfeh.ca.gov
Facebook
http://www.facebook.com /#!/pages/Department-of-Fair-Employment-and-Housing/183801915445
YouTube  http://www.youtube.com /califdfeh
Twitter  http://twitter.com /DFEH

In accordance with the California Government Code and Americans with Disabilities Act requirements, this publication can be made available in Braille, large print, computer disk, or tape cassette as a disability-related reasonable accommodation for an individual with a disability. To discuss how to receive a copy of this publication in an alternative format, please contact the DFEH at the telephone numbers and links above.



State of California
**DEPARTMENT OF
FAIR EMPLOYMENT & HOUSING**





## References

1. California Civil Code section 51.
2. *Rotary Club of Duarte v. Board of Directors* (1987) 178 Cal.App.3d 1035. A non-profit club was a business establishment under the Unruh Act because it offered its members substantial "commercial advantages and business benefits." Membership in these kinds of organizations is a privilege or advantage under the Unruh Act. Thus, termination of membership based on sex is prohibited.
3. *Warfield v. Peninsula Golf & Country Club* (1995) 10 Cal.4th 594. By offering the public access to its facilities, the County Club became a business establishment under the Unruh Act and could not exclude women.

4. *Ibister v. Boys' Club of Santa Cruz* (1985) 40 Cal.3d 72. A non-profit activities center for boys was a place of public accommodation, and excluding an entire class of patrons, such as women, was illegal.
5. *Angelucci v. Century Supper Club* (2007) 41 Cal.4th 160. It was a violation of the Unruh Act for a night club to charge its male patrons a higher price for admission. The patrons need not affirmatively request nondiscriminatory treatment, but rather, are entitled to it. The Unruh Act imposes a compulsory duty upon business establishments to serve all persons without arbitrary discrimination.
6. *Koire v. Metro Car Wash (* 1985) 40 Cal.3d 24. The Unruh Act broadly condemns any business establishment's policy of gender-based price discounts.

# Unruh Civil Rights Act

All persons within the jurisdiction of this state are free and equal, and no matter what their sex, race, color, religion, ancestry, national origin, disability, medical condition, marital status, or sexual orientation are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever.

# EXHIBIT 3



# PUBLIC ACCESS DISCRIMINATION AND CIVIL RIGHTS

## FACT SHEET

DFEH

## THE UNRUH CIVIL RIGHTS ACT PROVIDES PROTECTION FROM DISCRIMINATION BY ALL BUSINESS ESTABLISHMENTS IN CALIFORNIA

The unruh civil rights act provides protection from discrimination by all business establishments in California, including housing and public accommodations. The term "business establishments" may include governmental and public entities as well.

The language of the Unruh Civil Rights Act specifically outlaws discrimination in housing and public accommodations based on sex, race, color, religion, ancestry, national origin, disability, medical condition, genetic information, marital status, sexual orientation, citizenship, primary language, or immigration status. However, the California Supreme Court has held that protections under the Unruh Act are not necessarily restricted to these characteristics.

The Act is meant to cover all arbitrary and intentional discrimination by a business establishment on the basis of personal characteristics similar to those listed above.

The law also protects the rights of individuals with disabilities to use streets, highways, and other public places; public conveyances; places of public accommodation, amusement or resort, and housing accommodations; and guide, signal, or service animals or alternative accommodations for persons with disabilities. The law clearly distinguishes between the right of a business to refuse service based on conduct as opposed to personal characteristics. The misconduct or disruptive behavior of particular individuals may be grounds for refusing to do business with them or denying them services.

## BUSINESSES COVERED UNDER THE LAW

The Unruh Civil Rights Act requires "[f]ull and equal accommodations, advantages, facilities, privileges or services in all business establishments." This includes, but is not limited to, the following places:

- Hotels and motels
- Nonprofit organizations that have a business purpose or are a public accommodation
- Restaurants
- Theaters
- Hospitals
- Barber shops and beauty salons
- Housing accommodations – including rental housing and shared-economy housing
- Public agencies
- Retail establishments

## SENIOR HOUSING

The Unruh Civil Rights Act contains provisions regulating the establishment of specialized housing designed to meet the physical and/or social needs of senior citizens.

Housing that meets these requirements is exempt from the familial status and age provisions of the Fair Employment and Housing Act and may, therefore, legally exclude households with children. Similar provisions are provided for senior citizen mobile home parks under federal fair housing laws.

# PUBLIC ACCESS DISCRIMINATION AND CIVIL RIGHTS

## FACT SHEET



## EXAMPLES OF UNRUH ACT VIOLATIONS

The following examples represent potential violations of the Unruh Civil Rights Act. Other situations may also qualify as Unruh Act violations depending on the specific circumstances:

- A hotel charges a $100 service fee only to guests of a certain racial group but not to other guests of the hotel

- A doctor refuses to treat a patient who has been diagnosed as HIV positive

- A same-sex couple is denied a table at a restaurant even though there are vacant tables available and other customers are seated immediately

- A visually impaired individual is told their service animal is not allowed in a store

- Charging men and women different prices for comparable services, such as clothing alterations, haircuts, dry cleaning, or drinks at a restaurant or bar

- Promoting a business with "ladies night" discounts on admission and services

## WHAT DFEH DOES

The Department of Fair Employment and Housing (DFEH) enforces this law by:

1. **Investigating harassment and discrimination complaints;**

2. **Assisting involved parties to voluntarily resolve complaints;**

3. **Prosecuting violations of the law; and**

4. **Educating Californians about the Unruh Act by providing written materials and participating in seminars and conferences.**

---

**If you think you have been a victim of discrimination based on a protected class, file a complaint. A DFEH complaint must be filed within one year from the date of the last act of discrimination.**

If you have a disability that requires a reasonable accommodation, the DFEH can assist you by scribing your intake by phone or, for individuals who are Deaf or Hard of Hearing or have speech disabilities, through the California Relay Service (711), or you can contact us below.

## TO FILE A COMPLAINT

**Department of Fair Employment and Housing**
dfeh.ca.gov
Toll Free: 800.884.1684
TTY: 800.700.2320

# EXHIBIT 4



# PROTECTIONS UNDER THE LAW

The language of the Unruh Civil Rights Act specifically outlaws discrimination in housing and public accommodations based on sex, race, color, religion, ancestry, national origin, mental or physical disability, age, medical condition, genetic information, marital status, or sexual orientation. However, the California Supreme Court has held that protections under the Unruh Act are not necessarily restricted to these characteristics. The Act is meant to cover *all* arbitrary and intentional discrimination by a business establishment on the basis of personal characteristics similar to those listed above.

The law also protects the rights of individuals with disabilities to use streets, highways, and other public places; public conveyances; places of public accommodation, amusement or resort, and housing accommodations; and guide, signal, or service animals or alternative accommodations for persons with disabilities.

The law clearly distinguishes between the right of a business to refuse service based on conduct as opposed to personal characteristics. The misconduct or disruptive behavior of particular individuals may be grounds for refusing to do business with them or denying them services.

THE UNRUH CIVIL RIGHTS ACT PROVIDES PROTECTION FROM DISCRIMINATION BY ALL BUSINESS ESTABLISHMENTS IN CALIFORNIA

# BUSINESSES COVERED UNDER THE LAW

The Unruh Civil Rights Act requires "[f]ull and equal accommodations, advantages, facilities, privileges or services in all business establishments." This includes, but is not limited to, the following places:

- Hotels and motels
- Nonprofit organizations that have a business purpose or are a public accommodation
- Restaurants
- Theaters
- Hospitals
- Barber shops and beauty salons
- Housing accommodations
- Public agencies
- Retail establishments

## SENIOR HOUSING

The Unruh Civil Rights Act also contains provisions regulating the establishment of specialized housing designed to meet the physical and/or social needs of senior citizens.

Housing that meets these requirements is exempt from the familial status and age provisions of the Fair Employment and Housing Act and may, therefore, legally exclude households with children. Similar provisions are provided for senior citizen mobile home parks under federal fair housing laws.

# EXAMPLES OF UNRUH ACT VIOLATIONS

The following examples represent potential violations of the Unruh Civil Rights Act. Other situations may also qualify as Unruh Act violations depending on the specific circumstances.

- A hotel charges a $100 service fee only to guests of a certain racial group but not to other guests of the hotel
- A doctor refuses to treat a patient who has been diagnosed as HIV positive
- A same-sex couple is denied a table at a restaurant even though there are vacant tables available and other customers are seated immediately
- A visually impaired individual is told their service animal is not allowed in a store
- Charging men and women different prices for comparable services, such as clothing alterations, haircuts, dry cleaning, or drinks at a restaurant or bar
- Promoting a business with "ladies night" discounts on admission and services



COMPLAINTS MUST BE FILED WITHIN ONE YEAR OF THE LAST ACT OF DISCRIMINATION

# FILING A COMPLAINT

THE MISSION OF THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING IS TO PROTECT THE PEOPLE OF CALIFORNIA FROM UNLAWFUL DISCRIMINATION IN EMPLOYMENT, HOUSING AND PUBLIC ACCOMMODATIONS, AND FROM THE PERPETRATION OF ACTS OF HATE VIOLENCE AND HUMAN TRAFFICKING.

# PUBLIC ACCESS DISCRIMINATION AND CIVIL RIGHTS

---

If you believe you are a victim of illegal discrimination, you can file a complaint with DFEH by following these steps:

1   *Contact DFEH by using the information on the back of this brochure*

2   *Be prepared to present specific facts about the alleged discrimination or harassment*

3   *Provide copies of documents that support the charges in the complaint*

4   *Keep records and documents about the incident(s), such as receipts, stubs, bills, applications, and other materials*

DFEH will conduct an impartial investigation. We represent the State of California. DFEH will, if possible, try to assist both parties to resolve the complaint.

If a voluntary settlement cannot be reached, and there is sufficient evidence to establish a violation of the law, DFEH may litigate the case in civil court.

If a court decides in favor of the complaining party, remedies may include out-of-pocket expenses, cease and desist orders, damages for emotional distress, statutory damages, attorney's fees and costs, and punitive damages. Court-ordered damages may include a maximum of three times the amount of the complainant's actual damages.

Individuals wishing to file directly in court may do so without contacting DFEH.

## FOR MORE INFORMATION

Department of Fair Employment and Housing
Toll Free: (800) 884-1684
TTY: (800) 700-2320
Online: www.dfeh.ca.gov

*Also find us on:*

  

If you have a disability that prevents you from submitting a written intake form on-line, by mail, or email, the DFEH can assist you by scribing your intake by phone or, for individuals who are Deaf or Hard of Hearing or have speech disabilities, through the California Relay Service (711), or call us through your VRS at (800) 884-1684 (voice).

To schedule an appointment, contact the Communication Center at (800) 884-1684 (voice or via relay operator 711) or (800) 700-2320 (TTY) or by email at contact.center@dfeh.ca.gov.

*DFEH is committed to providing access to our materials in an alternative format as a reasonable accommodation for people with disabilities when requested.*

*Contact DFEH at (800) 884-1684 (voice or via relay operator 711), TTY (800) 700-2320, or contact.center@dfeh.ca.gov to discuss your preferred format to access our materials or webpages.*

## THE FACTS

The Unruh Civil Rights Act provides protection from discrimination by all business establishments in California, including housing and public accommodations. The term "business establishments" may include governmental and public entities as well.

## WHAT DFEH DOES

The Department of Fair Employment and Housing (DFEH) enforces this law by:

①   *Investigating harassment and discrimination complaints;*

②   *Assisting involved parties to voluntarily resolve complaints;*

③   *Prosecuting violations of the law; and*

④   *Educating Californians about the Unruh Act by providing written materials and participating in seminars and conferences.*

# EXHIBIT 5

We will never sell your personal data to third parties

# PRIVACY POLICY

**Effective Date:** February 16, 2022

1. **ABOUT US**

   For members residing in Canada or the United States of America ("**USA**"), the company doing business as "Ashley Madison" is Ruby Life Inc., a company located at PO Box 67027, Toronto, Ontario, Canada M4P 1E4. For members residing elsewhere in the world, the company doing business as "Ashley Madison" is Ruby Life International Limited, a company located at PO Box 54090, 3720 Limassol, Cyprus, Collectively, these companies are referred to below as "**Ruby**," "**we**," "**our**," and "**us**." We are firmly committed to your privacy, as further detailed in this policy ("**Privacy Policy**").

   We are committed to the protection of your personal data and the transparency of our privacy practices. This Privacy Policy sets out our practices related to the collection, storage, access, use and disclosure (i.e., sharing) of your personal data (collectively, "**Processing**") when you visit our websites or use either of our mobile applications (collectively, the "**Platform(s)**"), make use of the services available on and supporting the Platform(s) (the "**Services**"), or otherwise communicate or interact with us. To help us meet our commitment to you, we have appointed a Data Protection Officer (a/k/a Chief Privacy Officer) to oversee our privacy practices and our compliance with this Privacy Policy.

   If you have any questions or concerns regarding our policies and practices related to your information please use our Contact Form (https://www.ashleymadison.com/app/public/contactform.p?contactform=1), or you can contact our Data Protection Officer/Chief Privacy Officer at dpo@ashleymadison.com (mailto:dpo@ashleymadison.com), or by writing to our Toronto address listed above (if you reside in Canada or the USA) or our Cyprus address listed above (if you reside in any country other than Canada or the USA).

   By accessing the Platform(s) or using any of our Services, you accept this Privacy Policy and agree to the terms, conditions and notices contained or referenced herein. Your use of our Platform(s) or Services and any dispute(s) over privacy are subject to this Privacy Policy and our Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p).

   Please note that this Privacy Policy only addresses the use and sharing of information that we collect from you, or that is collected from you on our behalf. This Privacy Policy does not apply to any Personal Data (as defined below) that you may disclose to other parties through your use of the Platform(s), our Services or on other sites throughout the internet, including to or through third-party sites that are hyperlinked from our Platform(s). Except as we may otherwise indicate, any Personal Data that you disclose on a third-party site will be subject to the privacy policy of that site.

   This Privacy Policy is current as of the Effective Date set forth above. In the event we intend to materially change any of our practices set out in this Privacy Policy, including if we intend to use your Personal Data for any purpose not expressly contemplated herein, we will provide you with notice of such change and obtain your express consent to the updated privacy policy.

2. **OVERVIEW**

   The following is a high-level summary of this Privacy Policy. Please read this Privacy Policy carefully in its entirety before accessing the Platform(s) or using the Services.

   - **Controller:** Where you are a Canadian or USA resident, Ruby Life Inc., doing business as Ashley Madison, will be the organization collecting your personal data. Where you are a resident of any other jurisdiction, Ruby Life International Limited, doing business as Ashley Madison, will be the "controller" (or the equivalent thereof in your jurisdiction of residence) of your data.

   - **Information Processed:** We Process different types of data from you in connection with your access to the Platform(s) and use of the Services. In particular, we collect data when you register for the Services, which can be attributed to you individually (for example, your email address, your location and demographic data). We also collect data automatically from your use of the Platform(s); for example, cookies and your IP address(es). For more information about the types of personal data we collect or otherwise Process, see Section 3, below.

   - **Usage:** We use the data we collect from you for a number of different purposes which are described in Section 4, below. The main purpose is to facilitate your use of the Services.

   - **Disclosure:** We disclose the data we collect from you in a number of different circumstances, including to our service providers to perform certain functions on our behalf in connection with our provision of the Services. Some of the recipients to whom we disclose your data may be located in jurisdictions outside your own. For more information about who we disclose information to, see Section 5, below.

   - **Security:** We take the protection of your personal data seriously. For more information about how we protect your data, see Section 7, below.

   - **Your Rights:** Depending on where you are located, you will have various rights in relation to your data. For more information about your rights, see Section 10, below.

3. **WHAT TYPES OF INFORMATION DO WE COLLECT?**

   When you use the Platform(s) and/or our Services, we collect and receive two types of data:

   - Data that, alone or in combination with other reasonably available data, can be used to identify you ("**Personal Data**"). For clarity, "Personal Data" includes any personal information, personal data or personally identifiable information as defined by the privacy or data protection laws in your

jurisdiction; and

- Non-Personal Data that cannot be used to identify you (for example, aggregated statistical data about the use of our website, or data about a particular member that does not include any identifying data) ("**Non-Personal Data**"). For clarity, Non-Personal Data does not constitute Personal Data and any collection or other Processing of Non-Personal Data is not subject to Processing practices contemplated by this Privacy Policy. Any discussion regarding Non-Personal Data made in this Privacy Policy is provided for informational purposes only.

We collect and receive the following Personal Data and Non-Personal Data directly from you and automatically through your use of our Services:

_Data we will request from you:_

- When you create a profile on our Platform(s), you will be required to provide the following data. Without this data, we will be unable to create an account for you or provide the Services:

  - create a **username** (a unique name of your choice) and a **password**,

  - **contact information** (for example, your email address),

  - your **relationship status,** including what you are looking for from the Services (for example, if you are an attached male seeking females*); and

  - **demographic information** (your city of residence, zip/postal code and date of birth for the purpose of determining your age).

  * This is sensitive Personal Data (because it indicates your sexual orientation) that is necessary for your use of the Services (i.e., so you can find potential connections that might be desirable to you). Accordingly, when you sign up for a new account (or, for existing users, whenever we update this Privacy Policy or the Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p)), we will require your express consent to our Processing of any sensitive Personal Data that you provide when creating the account or, thereafter, when you edit your profile, sends messages to other members, etc.

- When you make a purchase from our Platform(s), you are required to provide billing information, including your chosen payment method, in order for us to be able to process your transaction. Some payment methods (e.g., a credit or debit card), will require you also to provide your name and billing address. Failure to provide adequate billing information means we would be unable to provide the requested Services/features.

- At your option, you may choose to activate 2-factor authentication for your account through a third-party member authentication service. This service is based on providing you with a verification code, which you enter when logging into your Ashley Madison account, in order to confirm your identity. The third-party vendor sends verification codes by text message to a telephone number that you provide to Ashley Madison. To facilitate your use of this service, we will be required to share your telephone number with the vendor, in order to link it to your Ashley Madison account, and will therefore ask for your phone number for this purpose. Note that this verification service is not part of our Services, and is subject to the third-party's terms and conditions, including different policies with respect to the Processing of your Personal Data. We do not have control over the vendor. You will need to make your own independent judgment regarding your interaction with them. Please note that, if you decide to delete your Ashley Madison account, we will delete your phone number from our records, but this will not affect the third-party vendor with respect to the phone number we provided to them on your behalf. You will need to contact them directly with respect to management of your account, including any deletion requests. As the vendor we use to provide this service may change from time to time, we are not naming them in this Privacy Policy. If you wish to know the name of the current vendor, so you can review their policies or make a deletion request, please contact us using our Contact Form (https://www.ashleymadison.com/app/public/contactform.p?contactform=1). You also may choose to use an authentication application of your choice to provide you with 2-factor authentication. In such case, the personal data (if any) required to use that application shall be subject to the terms and conditions and/or privacy policy of the company that provides the authentication application, as we do not have control over such authentication applications.

_Data that is generated when you use the Platform(s)_

- You may send messages on the Platform(s), which may include or reveal Personal Data about you. Generally, we do not moderate or actively review the data which you include in messages sent between members but this data is available to us and we may monitor it for fraud, or where we suspect members of being under the age of 18, or of using our Services for the purpose of solicitation or any other violation of our Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p) or of this Privacy Policy. You only should message sensitive Personal Data (e.g., about your race, health, or sexual preferences) in situations where you are comfortable voluntarily to make this data public and you consent to our Processing of any sensitive Personal Data (in accordance with this Privacy Policy and applicable privacy laws).

_Data you may choose to provide to us_

- While creating your profile, you may choose how much data you share with us. You will be offered the chance to upload/provide:
  - a **photograph** (we provide tools to allow you to blur or add masks to any photographs);

  - **personal characteristics** such as your height*, weight*, body* type and gender (although you may tell us you would rather not say);

  - if you reside outside the European Economic Area and the United Kingdom, your **ethnicity*** (although you may tell us you would rather not say); and

  - a **personal description**.

  * This is sensitive Personal Data (because it includes information about your health or race). Accordingly, when you sign up for a new account (or, for existing users, whenever we update this Privacy Policy or the Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p)), we will require your express consent to our Processing of any sensitive Personal Data that you provide when creating the account or, thereafter, when you edit your profile, sends messages to other members, etc.

- Once you create an account on the Platform(s), you may include edit details that you already provided to us or provide additional details about yourself through the Profile page such as:
  - details of any **languages spoken**; and

- details of **smoking habits** (although you may choose not to specify your habits ).

○ You are encouraged to create a pseudonymous profile and are not required to include data in your profile that would allow you to be directly identified. If you want to remain anonymous to the general public, please be careful about what you choose to share, especially if you upload photographs, and do not choose a username which could allow you to be identified easily.

_Data that will be collected automatically from your device_

○ Where you have enabled the setting on your mobile device, with your permission, we also will collect your location data to help you identify other Platform members in your area who also have enabled this setting. You may turn off this functionality through the location settings on your mobile device. We also collect your IP address(es), which may reveal your general geographic location from your browser access, to help us respond quickly and efficiently to inquiries and requests and to help us protect against fraud.

○ We also collect Personal Data through use of cookies and other tracking devices. For more information about how we use cookies and other tracking devices, see Section 11, below.

_Data collected from third parties_

○ Occasionally, we may receive Personal Data about you from third parties, such as from a credit card company or issuer with respect to a disputed charge, or from another member of the Services respecting a complaint about your activities while using the Services; however, we do not seek or purchase Personal Data about you from third parties.

4. **HOW DO WE USE YOUR INFORMATION?**

We may use the Personal Data and Non-Personal Data that we collect for the following purposes:

A. to **provide you with the Services**, including:
   - to provide you with access to a forum focused on open-minded and discreet relationships, where members can search for and connect with other like-minded individuals;
   - to allow members to find other members' profiles based on preferences or member location and to allow you to create a profile and promote that profile to other members of the Services;

B. to **maintain and improve our Services**, including improving the content and functionality of our Platform(s) or customizing our pages or screens;
C. to **tailor the content** and information that we may send or display to you, to offer location customization and personalized help and instructions, and to otherwise personalize your experiences while using the Platform(s) and the Services;
D. to **conduct surveys** and market research in order to improve the Services;
E. with your consent or as permitted by law, **to communicate with you** in connection with the Services including, for the purposes of informing you of changes or additions to the Platform(s), or of any our products and Services we believe may be of interest to you;
F. to **detect and combat fraud**, and better understand how to protect your information;
G. to **process your payments** and to help resolve payment disputes;
H. to **deliver targeted advertising** and promotional offers to you from external companies that are of the highest relevance to your demographic profile;
I. to **manage your account** and provide you with **customer support;**
J. to **protect our own rights** and interests, such as to resolve any disputes, enforce our Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p), or to respond to legal process;
K. to **protect the rights and interests of members** of the site from other members who violate the law or our Terms and Conditions (https://www.ashleymadison.com/app/public/tandc.p), such as in cases of harassment or threats;
L. to **comply with applicable law**;
M. to **save your data**, such as your member account, registration, profile data and other data so you do not have to re-enter it each time you visit or use the Services;
N. to offer **more secure access** to your account;
O. to **track your return visits** to, and use of, the Services in order to create aggregated usage statistics to help us better understand and optimize web usage;
P. to **offer potential match recommendations to you**, based on your viewing history and search criteria; and
Q. in connection with a **potential sale of our business or assets** and/or to **manage legal claims** against us each of which are described in more detail below.

We also use Non-Personal Data. For example, we may collect and analyze aggregated and/or de-identified information to produce statistical data to help us improve our provision of the Services and manage member activity across the Platform(s).

**_The following only applies to members residing in the EEA and UK._**

We collect your data as a Data Controller when we have a legal basis to do so. The following legal bases pertain to our collection of data:

○ Our use of your Personal Data is necessary to perform a **contract** or take steps to enter into a contract with you. For example, this applies to our Processing activities described at 4A, 4G, 4N and 4P above. Where the information Processed is a "special category of personal data" (known as sensitive data – in particular health information or information about your sexual preferences or ethnicity), we require an additional lawful basis, which will be your **consent.**

○ Our use of your Personal Data is in our **legitimate interest** as a commercial organization to make improvements to our products and Services and to expand our business. For example, this applies to our Processing activities described at 4B, 4C, 4D, 4H, 4M, 4Q (save where we need consent by jurisdictional law) and for certain purposes in 4F and 4I.

○ Our use of your Personal Data is **necessary to comply with a relevant legal or regulatory obligation** that we have, in particular, where we are required to disclose Personal Data to a court, tax authority or regulatory body in the event of an investigation. For example, this applies to some purposes involved our Processing activities described at 4E, 4F, 4J, 4K and 4L.

○ Our use of your Personal Data is in accordance with your **consent**. For example, this applies to our Processing activities described at 4E, 4H, 4G, 4M, 4N and 4O (in each case where required by jurisdictional law).

5. **HOW WILL WE SHARE YOUR INFORMATION?**

We may provide Personal Data to third parties in the following limited circumstances:

- To **trusted third parties**, to assist us in the provision of the Services and the operation of our business.

  - We may share your Personal Data with third-party service providers that we have **engaged to perform services on our behalf**, based on our instructions, such as to our parent, subsidiary or sister companies, or to advertising agencies, marketing agents, credit card payment processors, data processing and storage companies or organizations which provide administrative and support services to us.

  - We limit our disclosure of your Personal Data to such third parties to that which is **reasonably necessary for the purpose** or service for which the third-party service provider is engaged.

  - We also use **contractual and other means** to provide a comparable level of protection while the data is being Processed by such third parties, including limiting such providers to using your Personal Data solely to provide us with the specific service for which those providers were engaged, and for no other purpose. You can obtain more information about our policies and practices with respect to the use of Personal Data by third-party service providers by contacting dpo@ashleymadison.com (mailto:dpo@ashleymadison.com).

- To **courts, regulators and law enforcement** as required or permitted by law, including:
  - to **government bodies and law enforcement agencies**, pursuant to warrant, order, subpoena or statutory requirement;

  - in connection with any **legal proceedings** or prospective legal proceedings involving Ruby; and

  - to otherwise **establish, exercise or defend our legal rights** and protect against misuse of our Platform(s) (including providing information to third parties for the purposes of fraud prevention and reducing credit risk), or to protect the personal safety and property of our members or the public as permitted by law. This means that if you provide false information or attempt to pose as someone else, information about you may be disclosed as part of any investigation into your actions.

- In the event of a **sale or merger**, including:
  - as required, in connection with the sale, assignment, bankruptcy proceeding or other transfer of the business or a portion of the business of our Platform(s), including a corporate merger, consolidation, restructuring, sale of assets or other corporate change of our direct or indirect parent companies that affects us, as well as the insurance or securitization of our assets. In any such case, the recipient parties will be required contractually to keep the information confidential and use it only for the purposes of the transaction, or proposed transaction, in question.

  - In the event a business transaction is completed, assignees or successors of our business or assets may use and disclose your Personal Data, as obtained from Ruby only for the purposes set out in this Privacy Policy, unless your further consent is obtained.

We do not otherwise share, give, rent or sell your Personal Data to any third parties, unless you give us additional consent to do so.

You should be aware that some of your Personal Data will be provided to, or otherwise visible to, other members of the Services as part of the normal operation of the Services (as set out in the terms or descriptions of specific features). For example, your username, profile information and any information that you post to the Platform(s) will be available to, and searchable by, other members of the Platform(s) and Services. In the European Economic Area and the United Kingdom, the lawful basis for this disclosure is voluntarily making the data public. If you are not comfortable making this data public, you can use our Hide Profile feature, which allows your profile to remain private and un-searchable.

Other members of the Services, who may be located in any country in the world where our Services are offered, may also receive notifications (on the Services, via email, or through device notifications) that promote your profile, including your nickname and your profile photo. Please note that we cannot prevent the content you post or share on our Platform(s) or Services from being used by other members in a manner that may violate this Privacy Policy, the law, or your personal privacy, or from being shared or disclosed by other members.

We may disclose Non-Personal Data in a number of circumstances including to third-party advertisers.

6. **DATA TRANSFERS**

As we have a global business operation, your Personal Data may be transferred between Ruby Life Inc. and Ruby Life International Limited, or between either of those entities and our parent, subsidiary or sister entities, or disclosed to service providers to enable their provision of services. As a result, your Personal Data may be collected, stored, accessed, used, and/or disclosed (as aforementioned, these activities involve "Processing" your Personal Data) in countries outside your jurisdiction of residence. For example: (i) we host Ashley Madison in Canada; (ii) we provide customer support in European Economic Area member states (including Cyprus) and, potentially, other countries; and (iii) some of your information which we use to send you email messages may be stored by a third party in the United States. Additionally, your profile will be accessible by members all over the world. If you are concerned about this, you can stop using our Services at any time. Some of these jurisdictions do not have an equivalent level of data protection laws as those in your country; however, we will take steps to ensure that the information receives the same level of protection as if it remained within your country of residence. In particular, if you are a resident of the European Economic Area or the United Kingdom, whenever we transfer your data outside of Europe/the UK we will either: (a) ensure that the country is deemed adequate by the European Commission; (b) put in place Standard Contractual Clauses (https://ec.europa.eu/info/law/law-topic/data-protection/international-dimension-data-protection/standard-contractual-clauses-scc_en) or (c) implement appropriate safeguards approved by the European Commission to ensure an adequate level of protection in compliance with applicable data protection laws. You have a right to request details about the appropriate safeguard where this is documented (but it may be redacted to ensure confidentiality).

7. **SECURITY**

We take the protection of your Personal Data seriously. We implement appropriate measures and take steps to protect Personal Data against loss and theft as well as unauthorized access, disclosure, copying, use, and modification using security safeguards, including physical, organizational and technological measures, commensurate with the sensitivity of your Personal Data. Our employees who have access to your Personal Data are made aware of the importance of keeping it confidential.

Where we use service providers who might have access to your Personal Data, we require them to have privacy and security standards that are comparable to ours. We use contractual or other means to ensure that measures are in place to provide the equivalent level of security as if we were processing the information ourselves. We only use the information to provide us with specific services and to prevent it from being used for any other purpose.

Please be aware that no data security measures can guarantee complete security. You also should take steps to protect against unauthorized access to your phone, other mobile device, and computer by, among other things, signing off after using a shared computer, choosing a robust password that nobody else knows or can easily guess, relying on two-factor authentication, and keeping your log-in and password private.

8. **HOW LONG DO WE KEEP THE PERSONAL DATA WE COLLECT?**

We keep your Personal Data for as long as it is required for the purposes for which it was collected, or as otherwise permitted by applicable law, after which we delete or de-identify your Personal Data, rendering it Non-Personal Data.

In general, we retain your Personal Data for a period of time corresponding to a statute of limitations setting out the period during which legal claims may be filed in court. For example, we'll retain your Personal Data during the statute of limitations period, to maintain an accurate record of your dealings with us and, as applicable, assert or defend against a legal claim. We automatically delete data where an account has been inactive (e.g. no messages sent, etc.) for 12 months. As a general rule, we will hold purchase information for 6 months past account deletion to ensure that we can deal with any chargeback/payment penalties. However, in some circumstances, we may retain Personal Data for other periods of time; for instance, where we are required to do so in accordance with legal, tax and accounting requirements, or if required to do so by a legal process, legal authority, or other governmental entity having authority to make the request or demand, for so long as required.

9. **CHILDREN**

The Platform(s) and Services are not for use by individuals under the age of 18 years old. Accordingly, we do not knowingly collect, store, access, use or disclose the Personal Data of individuals under 18 years old. If you are under the age of 18 years, please do not use the Services or provide any Personal Data, even if prompted by the website to do so.

10. **YOUR RIGHTS**

You have the ability to exercise the following rights:

- ○ *Right to Withdraw Consent.*
  You have the right to withdraw your consent at any time, subject to legal and contractual restrictions. For example, if you wish to opt out of receiving electronic marketing communications, communications that suggest matches to you, or other types of non-transactional communications, you can change your settings in your account on the website (via the "Notifications" section under "Settings") or in a mobile application (via the "Contact Options" section), use the 'unsubscribe' or 'email preferences' link provided in our emails, or otherwise contact us directly (see Section 15, below) and we will stop sending you electronic marketing and/or other non-transactional communications per your instructions. For greater clarification, "transactional communications" include but are not limited to such things as welcome emails, billing information, payment receipts, payment cancellation, password reset instructions, advisory emails about safeguarding your security and privacy, and confirmation of account deactivation. **Note that if you wish to stop receiving transactional communications, you will have to delete your account as these communications are necessary to provide you with the Services.**

- ○ *Right of Access, Rectification and Erasure.*
  You have the right to request access to and obtain a copy of any of your Personal Data that we may hold, to request correction of any inaccurate data relating to you, and to request the deletion of your Personal Data under certain circumstances. Please note that you can hide certain information visible to members of the Platform(s) at any time by going to the "Profile" and "Settings" sections in your account on the website, or the "Profile Options" section in your account in the mobile applications.

- ○ *Data Portability.*
  Where the Personal Data is Processed by automatic means, you have the right to receive all such Personal Data which you have provided us in a structured, commonly used and machine-readable format, and also to require us to transmit it to another controller where this is technically feasible.

- ○ *Right to Restriction of Processing.*
  You have the right to restrict our Processing of your Personal Data (meaning we could only store it, unless we have your consent or as otherwise required by law) where:

  - ▪ you contest the accuracy of the Personal Data, until we have taken sufficient steps to correct or verify its accuracy;

  - ▪ where we no longer need your Personal Data for the purposes of the Processing, but you require such Personal Data for the purposes of a dispute, complaint or proceeding.

- ○ *Right to object to direct marketing (including profiling).*
  You have the right to object to our use of your Personal Data (including profiling) for direct marketing purposes, such as when we use your Personal Data to inform you of our promotions or those of third parties.

  You also have the right to lodge a complaint with the privacy commissioner with jurisdiction over your place of residence if you consider that the Processing of your Personal Data infringes applicable law (although we ask you to try resolve any complaints with us first).

If you would like to exercise any of these rights, please contact us using the contact information provided in Section 15, below.

11. **COOKIES AND OTHER TRACKING**

Where we have necessary permissions and consents in accordance with jurisdictional laws, we use cookies, clear GIFs, third-party analytics and other tracking mechanisms on our Platform(s). Our Services and Platform(s) use these tracking mechanisms to track certain information about you. These tracking mechanisms may collect information automatically, such as: your IP address, browser type and operating system; web pages you view; links you click; how you move through the Services and the length of time you use the Services, or particular features or pages of the Services; and the referring URL, or the webpage that led you to our Platform(s). We may combine this information with other Personal Data we collect about you for statistical purposes, for measuring effectiveness of advertising, for fraud detection and in order to assist our customer service representatives in responding to your inquiries.

Provided we have obtained necessary permissions and consents in accordance with jurisdictional laws, we use these tools only to provide you with a more personalized member experience, to better understand your needs and preferences, to provide you with content (including advertising and marketing emails) that is most relevant to you, and to monitor trends respecting the usage of our site and mobile applications.

**Do-Not-Track.** Currently, our systems do not recognize browser "do-not-track" requests. You may, however, disable certain tracking as discussed in this section (e.g., by disabling cookies).

**Cookies.** Cookies are small text files that are placed on your computer's hard drive, through your web browser, for record-keeping purposes. We might use cookies to uniquely identify your browser/device/IP address, in order to help us to process your transactions and requests, to track aggregate and statistical information about member activity, and to display advertising both on our Platform(s) and on third-party sites. The Help portion of the toolbar on most browsers will tell you how to prevent your computer from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. If you disable cookies some features of our Platform(s) may not function. Further information may be found at www.allaboutcookies.org (https://www.google.com/url?q=http://www.allaboutcookies.org&sa=D&source=editors&ust=1619799433790000&usg=AOvVaw1EPcN-Sv6LMZhdsIwOYQmO). It is important to note that some cookies (including some persistent cookies) may be created by your web browser, rather than by us, so you would need to deal with your web browser's settings to prevent or delete those, as we would have no control over them. For additional information, please see our Cookie Policy (https://www.ashleymadison.com/app/public/cookie.p).

**Clear GIFs.** Clear GIFs (a.k.a. web beacons, web bugs or pixel tags) are tiny graphics with a unique identifier, similar in function to cookies. In contrast to cookies, though, clear GIFs are embedded invisibly on web pages, not stored on your hard drive. These "images" automatically are loaded to your browser/device when you visit our website or open an html format email message from us, thereby letting us know if a certain page was visited or an email message was opened. Clear GIFs allow us to record simple member actions related to our websites and to email communications received from us, in order to help us determine the usage and effectiveness of our site and communications. We might use clear GIFs to track the activities of our website visitors and members, and our mobile application members, to help us manage content and compile statistics about usage. We and our third-party service providers also might use clear GIFs in HTML e-mails to our customers, to help us track e-mail response rates, identify when our e-mails are viewed, and track whether our e-mails are forwarded. These may be blocked by using a third-party application (look for a browser extension for content-filtering, including ad-blocking) or, in the case of emails, by changing your settings to prevent images from being downloaded (where your email provider supports this functionality).

**Third-Party Analytics.** We also may use automated devices and applications, such as Google Analytics (https://support.google.com/analytics/answer/6004245) (to opt out, go here (https://tools.google.com/dlpage/gaoptout)), AppsFlyer (https://www.appsflyer.com/services-privacy-policy/) (to opt out, go here (https://www.appsflyer.com/optout)) and Dynatrace (https://www.dynatrace.com/support/help/how-to-use-dynatrace/data-privacy-and-security/data-privacy/) to evaluate usage of our Platform(s) and the Services we provide. We may use these tools to obtain aggregated statistical information about the use of our Services to help us improve our Services, performance and member experiences. These analytics providers may use cookies and other technologies to perform their services, and may combine the information that they collect about you on our Platform(s) with other information that they have collected about you from your use of other sites. This Privacy Policy does not cover the collection, storage, access, use and disclosure of the tracking data collected by third-party analytics providers. For further information, please see the relevant party's privacy policy. For a list of additional third0party analytics providers we may be using from time to time, please go here (https://www.rubylife.com/analytics_providers/).

**Third-Party Ad Networks.** We may use third parties such as network advertisers to serve advertisements on our Platform(s) and on third-party websites or other media, and to evaluate the success of our advertising campaigns. This would enable us and these third parties to target your browser with advertisements for products and services in which you might be interested, based on inferences made from browser activity. Third-party ad network providers, advertisers, sponsors and/or traffic measurement services may use cookies, JavaScript, web beacons (including clear GIFs), and other tracking technologies to measure the effectiveness of their ads and to personalize advertising content to you. These third-party cookies and other technologies are governed by each third party's specific privacy policy, not this one. In some situations, we may provide these third-party advertisers with limited information about members (e.g., IP address and basic demographic information, solely for the purpose of reconciling payments for third-party advertising), but we would not disclose details such as your name or contact information. You may be able to avoid targeted ads by certain ad networks by blocking cookies (see your browser's "Help" menu for information on how to do this); however, our Platform(s) may not work if you block or disable cookies. For a list of network advertisers we may be using from time to time, please go here (https://www.rubylife.com/network_partners/).

**reCAPTCHA.** We may use the reCAPTCHA service provided by Google Inc. (**"Google"**) to protect your entries via internet submission forms on this site. This plugin checks if you are a person, in order to prevent certain website functions from being abused by spam bots. This plugin query includes the sending of the IP address and possibly other data required by Google for the Google reCAPTCHA service. For this purpose, your input will be communicated to and used by Google. However, your IP address is previously truncated by Google within member states of the EEA or in other states which are party to the agreement on the European Economic Area and is, as such, anonymized. Only in exceptional cases is a full IP address transmitted to a Google server in the USA and truncated there. On behalf of the operator of this website, Google will use this information to evaluate your use of this service. The IP address provided by reCAPTCHA from your browser shall not be merged with any other data from Google. This data collection is subject to the data protection regulations of Google. For more information about Google's privacy policy, please go here (https://www.google.com/intl/en/policies/privacy/). By using the reCAPTCHA service, you consent to the processing of data about you by Google in the manner and for the purposes set forth above.

**Third-Party Links.** Our Services may contain links to third-party websites. When you leave our websites and use a third-party website, that third-party website may collect your IP address and other Personal Data, in accordance with its own privacy policy. Any access to and use of such linked websites, and any Personal Data collected in connection therewith, is not governed by this Privacy Policy but, rather, by the privacy policies of those third-party

websites. We are not responsible for the information practices of such third-party websites.

Case 3:22-cv-00711-MMA-JLB   Document 21   Filed 11/17/22   PageID.516   Page 53 of 104

12. **DIRECT MARKETING**

Where we have necessary permissions and consents in accordance with jurisdictional laws: (a) we will send you marketing information about our Platform(s) and our Services, and about other products and services we, our affiliates and/or third parties offer, where we legitimately believe this may be of interest to you; and, (b) this content will be personalized. Where you have specifically requested marketing information from us (which may be about us, our affiliates and/or third parties) or have expressly indicated that you would like to receive details about special offers, we also will send promotional offers (which may be related to our Services or about services offered by our affiliates and/or third parties).

Depending on your marketing preferences, marketing may be carried out by email, push notifications or other electronic channels. If you change your mind, you can choose to unsubscribe from receiving these marketing communications. You can do this by clicking the 'unsubscribe' or 'email preferences' link in any of our emails, via the "Notifications" section under "Settings" in your account on the website, via the "Contact Options" section in your account in a mobile application, or by contacting us (see Section 15, below).

13. **PROFILING**

We use Personal Data that you provide in your member profile combined with certain algorithms and machine-based learning to improve our Platforms' search functions and to present profiles to you which are more likely to be of interest, in particular based on the demographic data of individuals with whom you interact in order to present more profiles of other similar members. You can elect to change your preferences at any time in your profile. This does not amount to "automated decision making" which would have any significant impact on you.

14. **ACCESS AND UPDATES**

You have the opportunity to: (i) opt out of certain communications; (ii) modify/update Personal Data you have provided to us; and, (iii) hide certain information visible to members of the Platform(s), at any time by going to the "Profile" and "Settings" sections in your account on the website, or to the "Profile Options" and "Contact Options" sections in your account in the mobile applications.

Please be aware that there may be a short delay for any custom changes you make to take effect on the public areas of the system. Please also note that changing or deleting your information through the "Profile" or "Settings" sections in your account on the website or the "Profile Options" section in your account in the mobile applications, or opting out of email notifications sent by us, only will change the data in our database for the purpose of future activities and communications.

Subject to certain restrictions required or permitted by law, you have the right to access Personal Data we hold about you and to have any concerns you may have about our policies and practices addressed. In addition, you have the right to obtain information regarding our policies and practices as they relate to the collection, storage, access use and disclosure of Personal Data, including with respect to the transfer and storage of your information outside your home jurisdiction, and to request updates to, or correction of, your Personal Data.

15. **CONTACT US**

If you have any questions or concerns regarding our policies and practices related to your Personal Data, please contact our Data Protection Officer/Chief Privacy Officer at dpo@ashleymadison.com (mailto:dpo@ashleymadison.com), or by writing to us as follows:

**If you are a Canadian or USA resident**
Ruby Life Inc.
Attn: Chief Privacy Officer
PO Box 67027
Toronto, Ontario
Canada M4P 1E4

**If you are a resident of any other jurisdiction**
Ruby Life International Limited
Attn: Data Protection Officer
PO Box 54090
3720 Limassol
Cyprus

For all inquiries which do not relate to privacy issues or concerns, please contact us using our Contact Form (https://www.ashleymadison.com/app/public/contactform.p?contactform=1).

We aim to resolve all complaints promptly. For residents of the European Economic Area, if you are not satisfied with any resolutions proposed, or if you have concerns with Processing of data, you may contact your local data protection authority, a list of which is found here (https://edpb.europa.eu/about-edpb/board/members_en).

16. **IMPORTANT ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS**

This section provides information for California residents. Pursuant to California privacy laws, including the California Consumer Privacy Act ("**CCPA**"), we provide California residents information about how we collect and otherwise Process your Personal Information.

**Categories of Personal Information that We Collect, Disclose, and Sell**

We collect and Process the same Personal Data of California residents as of other members throughout the world, for the purposes of allowing you to use our Services. This information is set forth in Sections 2-5 in this Privacy Policy. For a California-specific explanation of the categories of Personal Data we collect and how we use that Personal Data, please refer to the chart below.

**Personal Information of California Residents: Categories Collected, Processed, Shared with Third Parties**

* We may disclose any of the above information if required by law or in response to legitimate subpoena.

| Categories of personal information | Do we collect? | Do we disclose for business purposes? | Do we sell your Personal Data? | Sold or Disclosed for a business or commercial purpose in the prior 12 months? |
|---|---|---|---|---|
| **NAME, CONTACT INFORMATION AND IDENTIFIERS**: Identifiers such as name, nickname, postal address, unique personal identifier, online identifier, Internet Protocol (IP) address, email address, account name, username, passwords. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>○ To prevent credit card fraud<br><br>○ To respond to chargeback claims<br><br>○ To process customer refund inquires<br><br>We may use one's IP address for fraud detection and data security.<br><br>We may disclose information contained in your member-facing profile – including your username – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct (https://www.ashleymadison.com/app/public/tandc.p#s4). |
| **CUSTOMER RECORDS:** Paper and electronic customer records containing personal information, such as name, physical characteristics or description, address, telephone number, bank account number, credit card number. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>○ To prevent credit card fraud<br><br>○ To respond to chargeback claims<br><br>○ To process customer refund inquires<br><br>○ We may disclose a single account identifier – which will not be enough, on its own, to identify you – to certain third-party affiliates, for fraud detection purposes.<br><br>We may disclose information contained in your member-facing profile – including descriptors of yourself – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct (https://www.ashleymadison.com/app/public/tandc.p#s4). |

| | | | | |
|---|---|---|---|---|
| **PROTECTED CLASSIFICATIONS**: Characteristics of protected classifications under California or federal law, such as race, sex, and age. | YES | YES | NO | ○ We may disclose aggregate data about age groups/range segment conversion data to certain performance marketing campaigns to confirm payment-qualifying transactions.<br><br>○ Members must identify their gender in order to use the Services and for the purpose of being presented with profiles of other members<br><br>○ Members may choose to provide other information, such as their race, to better describe themselves to other members of the Services.<br><br>We may disclose information contained in your member-facing profile – including descriptors of yourself – to a third-party vendor for the purpose of assisting our moderators in finding activity that contravenes our Code of Conduct (https://www.ashleymadison.com/app/public/tandc.p#s4). |
| **PURCHASE HISTORY AND TENDENCIES**: Commercial information, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>○ To prevent credit card fraud<br><br>○ To respond to chargeback claims<br><br>○ To process customer refund inquires |
| **BIOMETRIC INFORMATION*** | NO | NO | NO | NO |
| **USAGE DATA**: Internet or other electronic network activity information such as usage of services, and information regarding a resident's interaction with an internet website, mobile application, or advertisement. | YES | YES | NO | We may disclose this information to our payment processors for the following business purposes:<br><br>○ To prevent credit card fraud<br><br>○ To respond to chargeback claims<br><br>○ To process customer refund inquires |
| **GEOLOCATION DATA**: City of residence. | YES | NO | NO | NO |
| **AUDIO/VISUAL**: Audio, electronic, visual, thermal, olfactory, or similar information. | NO | NO | NO | NO |
| **EMPLOYMENT HISTORY**: Professional or employment-related information. | NO | NO | NO | NO |
| **EDUCATION INFORMATION** | NO | NO | NO | NO |

| PROFILES AND INFERENCES: | YES | NO | NO | No, but information you include in your profile will be visible to other members of the Platform(s) (as contemplated in this Privacy Policy). |
|---|---|---|---|---|
| Inferences drawn from any of the information identified above to create a profile about a resident reflecting the resident's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes. | | | | |

*Photographs are not deemed to be biometric data. However, in some jurisdictions (more every day), the reviewing of photographs by Artificial Intelligence ("AI") for facial recognition purposes is deemed to be use of biometric data. We do NOT use AI for facial recognition purposes but would like our members to be aware that we do use AI, to some extent, to scan images for inappropriate content (e.g., to look for photos that appear to be of minors).

If you would like to exercise any of these rights, please contact us using the contact information provided in Section 15.

### California Residents' Rights

California law grants California residents certain rights and imposes restrictions on particular business practices as set forth below.

***Do-Not-Sell.*** We do not sell your Personal Data.

***Verifiable Requests for Copy, Deletion and Right to Know.*** Subject to certain exceptions, California residents have the right to make the following requests, at no charge, up to twice every 12 months:

<u>Right of Deletion</u>: California residents have the right to request deletion of their Personal Data that we have collected about them, subject to certain exemptions, and to have such Personal Data deleted, except where necessary for specific purposes exempt under the law.

<u>Right to a Copy</u>: California residents have the right to request a copy of the specific pieces of Personal Data that we have collected about them in the prior 12 months and to have this delivered, free of charge, either: (a) by mail; or (b) electronically in a portable and, to the extent technically feasible, readily useable format that allows the individual to transmit this information to another entity without hindrance.

<u>Right to Know</u>: California residents have the right to request that we provide them certain information about how we have handled their personal information in the prior 12 months, including the:

- categories of Personal Data collected;
- categories of sources of Personal Data;
- business and/or commercial purposes for collecting and/or selling their Personal Data;
- categories of third parties with whom we have disclosed or shared their Personal Data;
- categories of Personal Data that we have disclosed or shared with a third party for a business purpose; and
- categories of third parties to whom the resident's Personal Data has been sold and the specific categories of Personal Data sold to each category of third party.

***Submitting Requests.*** Requests to exercise the right of deletion, the right to a copy, and / or the right to know may be submitted by using the Contact Form (https://www.ashleymadison.com/app/public/contactform.p?contactform=1). We will respond to verifiable requests received from California consumers as required by law.

***Incentives and Discrimination.*** The CCPA prohibits discrimination against California residents for exercising their rights under the CCPA and imposes requirements on any financial incentives offered to California residents related to their personal information. We respect your privacy rights. We do not discriminate against residents who exercise their rights under the CCPA.

### California Privacy Rights under California's Shine-the-Light Law

Under California's "Shine the Light" law (Cal. Civ. Code §1798.83), California residents who provide us certain Personal Data are entitled to request and obtain from us, free of charge, information about the Personal Data (if any) we have shared with third parties for their own direct marketing use. Such requests may be made once per calendar year for information about any relevant third-party sharing in the prior calendar year. California residents who would like to make such a request may submit a request in writing (see Section 15 for ways to reach us).

17. **Precedence of English Version of this Privacy Policy**

The official text of this Privacy Policy shall be in the English language, and any translation, interpretation or construction of this Privacy Policy shall be based thereon. If any documents or notices relating to this Privacy Policy are translated into another language, the English version shall be controlling in the event of any discrepancy between the two (except to the extent that the law in your jurisdiction forbids this provision).

© 2001 - 2022 Ruby Life Inc. - Official Ashley Madison website (https://www.ashleymadison.com/)

# EXHIBIT 6



# Sophisticated Satisfaction

## Reimagining Ashley Madison's Marketing

Tiffany Ho, Alex Tafur, Blake Hofmeister, Nicole DeSantis

# Table of Contents:

Executive Summary…………………………………………………………………… 3

Project Objectives and Research Questions……………………………………….. 3

Current Position…………………………………………………………………….... 4

Target Market…………………………………………………………………… 6

Research…………………………………………………………………………….... 7

About Ashley Madison……………………………………………………………… 8

The Campaign…...………………………………………………………………… 9

Other Recommendations……………………………………………………… 17

Conclusion………………………………………………………………...……… 20

Appendices…………………………………………………………………….... 21

# Executive Summary

This report examines Ashley Madison's Marketing strategies and recommends ways to increase traffic and profitability.  These recommendations center around combatting the stigma attached to infidelity and expanding Ashley Madison's presence on social media.  Before developing our recommendations, we conducted research to ascertain exactly what Marketing problems the site faces, and the reasons men and women cheat.  To complete this research, we spoke with Ashley Madison's COO Rizwan Jiwan to ascertain the central problems faced by the website, examined the its social media presence and previous attempts at advertising, and searched through customer reviews as well as psychological data on infidelity.

# Project Objectives and Research Questions

## Objectives

Our overall objective is to understand Ashley Madison's current Marketing strategy, and how they attempt to address the unique challenges inherent in their business.  By identifying ways in which Ashley Madison could improve their message and delivery, we plan to formulate a comprehensive Marketing Strategy that will bring more customers to the site.

## Research Questions

- Why do women and women cheat?

- What do men and women want from an affair?

- What is the current perception of infidelity in general, and Ashley Madison in particular, among the general population?

# Current Position

## Brand Attributes

- Large focus on discretion

- Most popular dating website dedicated to extramarital affairs

- Brand Identity is weak and focused on the excitement of cheating



The "About" section of Ashley Madison's Facebook page.  Note the focus of discretion and network size

## Competitor Attributes

- Lower Pricing (Ashley Madison's basic plan costs $49.99)

- "sexier", newer image

## Cultural Climate

- In many states in the USA it is illegal to commit Adultery

- In countries like Singapore or Taiwan, government bodies censor the Internet

- According to Jiwan, these censoring bodies unfairly target Ashley Madison



A CNN Article detailing an important problem facing Ashley Madison

## Public Perception

-The majority of the general public believes adultery is wrong

- Ashely Madison is viewed as somewhat of a "Scammy" site, with many fake female

profiles



A review of Ashley Madison, showing a major the site faces

# Target Market

Our Target Market is professional, successful women in their 30's and 40's. The women of this segment of the population are economically stable, and have the disposable income to funnel into a site like Ashley Madison, which is more expensive than its competitors. These women may be considering joining Ashley Madison because they feel emotionally neglected, unsatisfied sexually, or unfulfilled romantically, or they may have recently separated from their spouse and looking to "get back in the game" or searching for "no strings attached" sex. They are also considering alternatives to Ashley Madison such as other websites or simply searching for affairs in the real world. Furthermore, these women are also the demographic that the site needs to attract most, as there are nowhere near women on the site currently. Ashley Madison's message must be tailored to attracting these women to all the benefits of the site.

# Research

## Primary Research

Our Primary research consisted of a conference call with Ashley Madison's COO, Rizwan Jiwan, about the company's Marketing Strategy, competitors, and challenges.(Appendix A)  Through this interview we established who Ashley Madison needs to target, how they can advertise, and where they need to seek potential customers.

## Secondary Research

Our secondary research investigated exactly why women cheat, and what they're looking for in an affair.  The statistics we encountered will help inform the central message of Ashley Madison's Marketing by combatting some stereotypes of adultery.

Adultery, interesting enough, is rarely actually about sex.  The main reasons both women and men actually cheat is emotional.  Men most often cite dissatisfaction with their relationship, while women most cite emotional deprivation.  Indeed, in a survey of women and men, over 70% of those who had cheated said that their partner in the affair was no more attractive than their significant other.  Women are also more likely than men to turn an affair into a long-term relationship, signifying that women are searching for emotional, passionate, and romantic fulfillment when they cheat.

Furthermore, adultery is more common than many would believe.  About one in five people in a committed, monogamous relationship have cheated on their current partners at least once.  Among those who have cheated, the most common time is about three to five years into a relationship, which supports our choice of target market.

# About Ashley Madison

Since 2001, Ashley Madison has been the premier name in the segment of the dating website industry focused on extramarital affairs.  Its parent company, AvidLife Media, also runs other niche dating websites such as courgarlife.com and establishedmen.com.  With the largest network of married users in the business and multiple services designed to enhance the discretion of any illicit affair, Ashley Madison is the website best suited to connecting men and women searching for the passion and attention that they've lost in their relationships.

# The Campaign

## Adultery as Empowerment: The Central Message

Most women do not cheat for the thrill of doing something taboo or fooling their significant others, but rather because they feel emotionally neglected or sexually unsatisfied.  Currently, however, Ashley Madison's site is marketed those attracted to infidelity by the excitement of it.  This needs to change.  In order to better target women, Ashley Madison must cater to their needs and desires.  Thus, I propose a campaign centered around the idea of "Adultery as Empowerment", with the slogan "Sophisticated Satisfaction".

## Why "Sophisticated Satsifaction"?

The slogan "Sophisticated Satisfaction" speaks to the target audience for two reasons.  First, this audience is largely professional, successful, and educated (74% of Ashley Madison users have college degrees, compared to 32% of the American general public), which means that they are accustomed to a certain level of class.  The emphasis on sophistication differentiates Ashley Madison from its competitors such as AdultFriendFinder.com or VictoriaMilan.com.  Second, the slogan aligns powerfully with the idea of "Adultery as Empowerment".  By emphasizing satisfaction as well as sophistication, this Ashley Madison campaign will capitalize on two of the most empowering emotions in the world: the feeling of success and the pleasure of getting what one wants.  Finally, emotional and psychological profiles of highly successful individuals reveal that they are often more egoistic, hedonistic, and self-driven than the general population, which means that personal satisfaction is an even more powerful

motivator for them than it is for most.  This slogan effectively turns Ashley Madison into a way for successful, educated, and powerful women to exercise that power and by getting exactly what they want in a way that makes it clear they are wealthy.

## General Strategy

Ashley Madison's "Sophisticated Satisfaction" campaign would have three distinct elements: a series of Youtube ads, a major social media push by the company, and a website overhaul.  The three would interact with each other to form a cohesive whole.

## YouTube Campaign

Ashley Madison is largely barred from advertising on television, so it will need to take a page out of Sony's book in order to reach a large audience, and publish ads straight to YouTube.  The ads should focus on adultery as a form of empowerment and a method to reclaim what is so often lost in an unhappy marriage: passion and attention.  The protagonist of the ads should be a woman of the same demographic that Ashley Madison is seeking to attract: mid-30s, successful, educated, and unsatisfied with her marriage. Each video should focus on a reason that women cheat, (lack of attention, absence of emotion or passion, sexual dissatisfaction), and the way in which an affair gives her what she needs.  They should also avoid the temptation to present trivial reasons for cheating as legitimate without grounding them in the broader context of the reasons women cheat (eg: A woman's husband forgetting her birthday shouldn't drive her to have an affair, unless the forgetting is just one event among many in a long and tiring story of neglect). As for the question of whether or not the Ad series will attract viewers: Ashley Madison's banned Superbowl 2014 ad has 1.3 million views as of February 2015.



Possible image of the affair partner in Ashley Madison YouTube ads, to be contrasted with the husband

## Social Media

In conjunction with their YouTube ad series, Ashley Madison should revisit their social media presence.  Currently, most of the company's posts on twitter or Facebook either link to an article or display a kind of "frat boy" humor, with very little focus on a central message.  While this style certainly appeals to a large audience, as can be seen by Budweiser's success, the demographic the Ashley Madison needs to attract is not among it.  Ashley Madison needs to revisit their social media presence to better promote their service.  Furthermore, the Twitter and Facebook pages should work in tandem with their YouTube channel, in order to drive people to the ad series.  Finally, Ashley Madison could use social media to help answer one of the most common question directed at women in affairs: if you were so unhappy, why not just get a divorce?  By posting the testimonials of other female users, Ashley Madison could answer this question and help present affairs as a form of empowerment.



A sample Tweet from Ashley Madison's current Twitter account



A possible tweet Ashley Madison's new campaign



Another possible tweet

## Website

Ashley Madison's website desperately needs to be redesigned.  From a technical

standpoint, multiple aspects of the site need improvement.  In terms of page speed,

Ashley Madison clocks in at a very respectable 88/100, though Google's PageSpeed

Insights does recommend that the site eliminate render-blocking Javascript and optimize CSS delivery.  It's page MozRank and MozTrust are also above average, at 5.4 and 5.95, respectively.  However, given that the scale has a maximum of ten, Ashley Madison could definitely work to improve these numbers by placing links in more trusted sites such as Facebook and twitter.  Furthermore, the site is not optimized for smart phone or tablet viewing, as can be seen when trying to resize the home page.  Aesthetically, the site definitely needs an update in order to reflect the campaign's slogan of "Sophisticated Satisfaction".  When comparing Ashley Madison and Victoria Milan's home pages, the latter looks sleeker, newer, and "sexier".  Finally, the company's home page should include links to the site's social media accounts and Youtube channel.  Ashley Madison needs to upgrade its website in both appearance and functionality in order to present itself to the world as the market leader it is and will continue to be.



Ashley Madison's home page.



Ashley Madison's home page resized, demonstrating the lack of responsiveness (note how the "members login" tab doesn't remain in view)



Homepage of (add)ventures, an advertising agency



(add)ventures home page resized, demonstrating responsiveness (note how the side bare and "explore" tab remain in view)



Victoria Milan's homepage.  Note how much sleeker than Ashley Madison's it appears.

# Other Recommendations

**Search Engine Targeting**

Most people, when confronted with a problem, turn to one source of knowledge for help: the Internet.  By targeting search engines and buying ad space for commonly searched terms (unhappy marriage, bad sex life, affair, divorce, etc.), Ashley Madison could put itself in a prime position to capture its target audience.



SEO potential

**Referral System**

Ashley Madison faces two major problems: a shortage of women members and with a competitor with a much larger reach than they could ever achieve: the real world. Instituting a referral system for male users, in which they could win rewards by referring female users to Ashley Madison, would allow Ashley Madison to steal customers to its most dominant competitor.  Given that the site is much more expensive for men to use than it is for women (one way in which Ashley Madison attempts to attract female users), monetary  incentives would be very effective.

## Product Placement

Imagine if Ashley Madison could insert itself into a prime time television show with an audience of over 2 million? This may sound too good to be true, but with the 2014 debut of "Satisfaction" on USA, it's become a very real possibility for the site. The show centers around a couple in their forties, in which the woman in sexually unsatisfied and has an affair. Not only is the female lead the archetype of Ashley Madison's target market, Ashley Madison would fit easily into the plot. This move would potentially bring the site directly to hundreds of thousands of dissatisfied spouses.



Ashley Madison appearing in the music video for Chris Brown's "Loyal"

## Price Variation

Ashley Madison gains the most new members during the days around the holidays, especially Thanksgiving. The reasons for this are likely psychological and emotional, which makes customers less cost-sensitive. By varying price appropriately around their peak acquisition times, the site could stand to make substantially more money.

## Premium Services

In the current state of affairs, Ashley Madison provides a platform for men and women to set up discrete encounters, but offers no advice on exactly what such an encounter could include.  By instituting a premium service that would suggest and book restaurants, bars, shows, or hotels, the site could both present itself as refined and profit more off of customers searching for date ideas.



Theheartbandits.com is a site that organizes dates, and offers a template that Ashley Madison could duplicate for its premium services

# Conclusion

One man's vice is another man's virtue… and a clever man's profit.  Selling vice, however, has never been easy.  Firms that promote vice need to capitalize on any and all opportunities to attract new customers and boost profits.  To do this, Ashley Madison needs to allow access to more exclusive features, vary prices around the holidays, and focus heavily on attracting women to the site.  The first will keep customers interested in Ashley Madison for longer and give them more way to spend money on the site.  The second capitalizes on moments when Ashley Madison acquires many new members.  The third will increase membership twice over by drawing more men to the site as well as women, as well as restore Ashley Madison's somewhat damaged credibility.  All three in combination will allow the site to increase its profits, and sell their brand of hedonism more effectively.  Ashley Madison may not be the most popular online dating site, but with our help they could become one of the most profitable.

# Appendix: Conference Call Notes

Part I: Segmentation, Targeting

**1.  How did you segment the market?**
Operating on multiple continents, Ashley Madison is therefore segmented across different geographical regions. Within the US, segmentation is very crude; that is to say, the website targets a wide range of customers--males, females, singles, and attached. "Within this, we are cognizant of a 35 age limit, which we believe provides a difference in the value of customers."

**2.   What do you believe are the main customer needs and wants in each/all of these segments?**
"We can offer only one product, and it's the same product no matter which target segment. In our messaging, we focus on our key differentiator," the status of being "attached." Few other dating websites freely and openly include those who are currently in long-term relationship. "Within the site, we expose that information." Married people gravitate towards other married people. Singles go either way, with other singles, or with married people.

**3.     Do you target professionals? The Washington Post article observed that 74% of Ashley Madison's users have a college degree (whereas only 32 percent of Americans do).**
"The product is not customized for that; however, our marketing efforts are focused on professionals. Income is valuable." Ashley Madison's credit-based system begins with a $49 introductory package priced at $49, and the premium package costs $249. Clearly, the system is priced for those who are financially independent.
**4.  Did you begin Ashley Madison with these services targeted specifically at women or men, or did you change to this strategy after observing differences in their pattern of behavior?**

"It's always been female targeted." This is reflected in the name, which were the two most popular girls' names in 2001. "Even the website itself is pink!" Essentially, what Ashley Madison provides is "access to women."

"We aim to speak to women rather than men [because] we want to make sure we get as much supply as we can to meet the demand. Men are the customers, and the women are the product. Women don't pay anything. You can't have a network of just men to be successful."

"I wouldn't say that we're trafficking women," because the reality is that "all dating sites have a mismatch of genders. Men are always higher than women, even on the sugardaddy websites. For websites that charge men and women, you will find that there are fewer women." To address this, "we only charge men. Women feel the price mismatch, so we've made a concerted effort to address that over the past few years. For example, we pulled out photo exchanges into a separate tab to create a gallery." This mitigates the inundation from males wanting to chat.

**4.    When/where do you get the most member sign-ups?**

"The day after New Years is definitely up there. After any holiday really, but New Years specifically. The main theory is that you're you're spending your whole weekend with your spouse, your in-laws, which makes you want to make a resolution to change your life. Meanwhile, California is definitely one of our biggest markets."

Part II: Positioning

**1.    What is your value proposition?**

i.e. For *target segment*, the *product*, is a *product category* that unlike *competitor targets*, *statement of primary differentiation*

Our primary value drivers are:

1. A large network of discreet married users. A dating site is nothing if it has no users. We are the biggest one.
2. A product that has been customized for discretion. When you call our customer service line, you don't get someone who says "Hi, we're Ashley Madison!" We use private keys (SSL encrypted), and our lifestyle apps like the blackbook app allows for you to use an anonymous telephone number in your affair.
3. A lack of judgement. if you go to match.com and you reveal you're married that's not really ok.

**2.    Who are your competitors?**

"Our direct competitor is the office place and not other dating sites, because the real world is where affairs happen. The digital realm is not as up to date. On the periphery are other dating sites, because 30% of users on those sites are in relationships. So what we've done is ask some of those dating sites to reroute their married users to us, and they get a percentage of the business. Currently there are some copycats in Europe, not so much in the US. One of them is Victoria Milan, which is a rip on our trade dress. There are also some other scammy adult sites such as adultfriendfinder, which spins out different labels, but has 0 women, and illicitcounters.com, where employees just type out fake profiles. Those websites gives the rest of us a bad name."

**3.    How you different from your competitors? Strengths/weaknesses?**

"Fundamentally if you turn to Ashley Madison; that is, you log onto a computer, type out the website address, pull out your credit card, and enter in all the digits--your marriage is already in the dumps." In the real world, you might be tempted to engage in an affair just because you are in the mood that specific moment, not necessarily because you are not having a good time at home. There is much more effort required, so to speak, to engage in Ashley Madison than in the real world.

"Our strength is a controversial brand gives us super cheap PR. But dirt cheap PR also narrows our marketing opportunities. For example, we can't advertise on a website/TV. But due to the network economies of scale, everyone has to gravitate towards our website because it's the biggest illicit affairs dating site. It's all coordination of game--"because there's only one Facebook, everyone coordinates and goes to one place."

Part III: Other business questions

**1.  What legal challenges does Avid media face?**
"In some states in the US it's illegal to commit adultery. In places like Singapore and South Korea (which are based on Common Law/British Law), there are government bodies tasked with censoring the internet. Many of these bodies are inconsistent in their application of the law--they do not apply the law equally to porn sites as they do to us. What happens then is, in countries like Singapore, users are forced to go through VPN software in order to access our site. This increases the country's costs for us."

The other legal challenge is when a person is caught in an affair and a third party wants information about it. So far, we've never had to disclose anything about the goings on of our users, since American subpoenas have no bearing here [in Canada].

Another legal challenge is trade dress; we've had to go to court with some websites. Other than that, you might have the occasional standard contract for a commercial or other advertisment that isn't followed through."

**2.  What is your growth strategy?**
"We're now in 43 countries; 60% and 70% of our growth for the last 5 years has been based on international expansion, 20% product changes, and whatever is left is other efficiencies. What is funny is that we're not good at international. We know how to get initial trafficking, but we don't know how to meaningfully and repeatedly market in order to keep our signups consistent. We go up and down and up and down. 40% revenue comes out of US and canada, but from a world population/GDP that doesn't make sense.

The future growth will be learning how to build an organization and process that is able to market consistently outside of US and Canada. It's tough because it would be a massive organizational change. Up until now, we've been trying to export our way of doing things to other countries; our way has been a way of agressiveness and tenacity in getting advertisers. We have to write out a franchise manual, we need to write out "these are the five reasons why people say no, and what do you say." There needs to be an in process flow chart.

We've done some outsourced work for some online marketing. They don't understand our firm, and "it's very unique our business," so their industry knowledge is useless."I don't need help with strategy," and "we don't need a scapegoat." We're an organization that thrives on trial and error. It's only frowned upon if you fail the same way.

**3.  What is your profit/pricing/business model?**
"Unlike Match.com or eHarmony, AshleyMadison's business model is based on credits rather than monthly subscriptions. For a conversation between two members, one of the members -- almost always the male--must pay five credits to initiate the conversation. Any follow up messages between the two members are free after the communication has been initiated. AshleyMadison also has a real time chat feature that is metered. Credits are utilised to pay for a certain time allotment of chat. Women can send "collect" messages to men, but men can not send them to women. In the past, we tested a subscription model. The problem with this "all you can eat model" is that we have a limited supply, in this case, women and their attention. What is happening is if you don't pass that cost of women and their attention through

the company to the customer, the customer will consume all they can. The man will copy and paste the message to every girl in their search results. This will turn off the women.

When first introduced, it took people a while to get used to the idea. This was new, similar to old cellphone plans where you paid for a bundle of minutes up front to use. We find that our credit system is more profitable because users don't understand value for money when they first make their purchase.

**4.      How much "use" does the app get?**

"Our iPhone and Blackberry apps are aimed at tech-savvy adulterers wary of leaving tracks on work or home computers. Because the apps are loaded up from phones' browsers, they leave no electronic trail that suspicious spouses can trace. The idea is that the phone is so much a more personal device. We have a pin lock with no other information displayed (if you don't get in, you get a login and password bar). As soon as you go to the screen, it's opaque what the app was before. No one knows what the app is doing, which reinforces our focus on discretion. Currently, Ashley Madison is the number 10 highest grossing on the iTunes store.  Note that we've only been on the store for four years. Cougar Life, Avid Life Media's other website, is #15. So that means we've got two apps in the top 20.

**5.      What other services does Avid Life offer and are they complementary to Ashley Madison?**

"We have Ashley Madison, Cougar Life, Established Members (older men, younger women), Swapper Net Alternative Lifestyles (life-swapping). Those are the main ones. The key trend among our holdings is niche dating, which is generally more controversial because they're outside the norm. First, we don't want to go into a slugfest with match.com. Second, it allows us to continue with idea of cheap PR. Our products also complement each other in terms of internal PR marketing capability. There are definitely some cross-marketing opportunities.

Within Ashley Madison, we have the website, features like private gallery that you can revoke them on demand with certain features, prevents snooping when you're in a coffee shop (unless SSL encrypted, if you don't see that https://), we have the discretion when you call or email us. On your credit card bill, you're not sure what is being billed.

On the Cougar Site, it's much more like a normal dating website, some similar ideas, pre-filtered users. You can have a group profile on Swapper Net (i.e. couple), they're are forums that allows for a community. Video and multimedia that is sharebale, because that's what the community is into. Operationally that becomes many more problems because people can't be underage.

What people care a lot about in dating is a large network. Lower acquisition costs than other people out there, increasing value of the customer using resources that aren't readily available to most. It's expensive--you're talking at most is 20 girls. So that's why income is so high, the marketing/PR part is so vitally tied to the controversial brand.

# EXHIBIT 7



## 19 JUL TOP CITIES FOR CHEATING IN THE UNITED STATES, CANADA, AND MORE

Posted at 15:47h in Statistics by Paul · 0 Comments





Did your city make the list?

Is cuffing season a precursor to cheating season? With summer finally here the clothes are coming off and apparently, so are the rings.  Based on data from Ashley Madison you may want to adjust your summer travel plans – if you want to find some summer love. If you are someone looking for the hottest places for cheaters this summer Ashley Madison compiled *The Infidelity Hotlist* using last year's summer signup data to identify which the top cities cheating in the US.

The list looks at each city's summer of 2018 signups on a per capita basis in order to determine the most unfaithful cities in the United States.

## USA's Top Cities for Cheating

1. **Orlando, Florida**
2. **Newark, New Jersey**
3. **St. Louis, Missouri**
4. **Pittsburgh, Pennsylvania**
5. **Fremont, California**
6. **Atlanta, Georgia**
7. **Cincinnati, Ohio**
8. **Las Vegas, Nevada**
9. **Tampa, Florida**

9.   **Tampa, Florida**

10. **Gilbert, Arizona**

11. **Hialeah, Florida**

12. **Cleveland, Ohio**

13. **Garland, Texas**

14. **St. Petersburg, Florida**

15. **Plano, Texas**

16. **Seattle, Washington**

17. **Boston, Massachusetts**

18. **Sacramento, California**

19. **Anaheim, California**

20. **Arlington, Texas**

### THE HOTLIST TAKEAWAYS

The big winners in the annual infidelity ranking are Floridians. Orlando, home to the Magic Kingdom, now gives a whole new meaning to the "Most Magical Place on Earth" after taking the number one spot on the list from last year's winner, Seattle. Other Florida cities; Tampa, Hialeah, and St. Petersburg, also find themselves on the list telling us that the Sunshine State is primed for some sizzlin' summer lovin'. Florida is truly of home to some of the top cities for cheating in the US.

The rest of *The Infidelity Hotlist* is made up of some expected cities that are known for their party scenes, like Atlanta and Las Vegas, and some more low key locales, like Pittsburgh and Cincinnati. One thing is for certain, it doesn't matter where you live, affairs can and will occur anywhere.

"While most would assume that bigger cities probably produce more cheaters per capita, this data shows us what we were already aware of; cheaters are everywhere," says Isabella Mise, Director of Communications for Ashley Madison. "Seeing a city like Pittsburgh that's more well known for its steel production than its nightlife, beat out places that are known as adult playgrounds, like Las Vegas, just reinforces that infidelity can be found in every facet of life, and no city big or small is immune to it. This year it's Orlando, next year… who knows, it could be your hometown."

## Check out the Top Cities for Cheating in **Canada**, the **United Kingdom**, **Australia**, **Brazil**, **Mexico**, and **Spain** below!





Ashley Madison presents
## The Top 15 Canadian Cities for Infidelity

1. Guelph ON
2. Abbotsford BC
3. Oshawa ON
4. Barrie ON
5. Hamilton ON
6. Kitchener-Waterloo ON
7. Whitehorse YT
8. St. John's NL
9. Kingston ON
10. Yellowknife NT
11. St. Catharines-Niagara ON
12. Kelowna BC
13. Fredericton NB
14. Edmonton AB
15. Charlottetown PE

Canada



## Cheating Hotlist:
Ashley Madison presents
### The Top 15 Cities in the United Kingdom for Infidelity

1. Portsmouth
2. Coventry
3. Bradford
4. Sunderland
5. Wolverhampton
6. Leicester
7. Bristol
8. Stoke-on-Trent
9. Plymouth
10. Edinburgh
11. London
12. Cardiff
13. Derby
14. Nottingham

15.    Swansea

United Kingdom





## Winter Wanderlust:
### Ashley Madison presents
## The Top 15 Australian Cities for Infidelity

1.   Albury  NSW
2.   Geelong  VIC
3.   Wollongong  NSW
4.   Canberra  ACT
5.   Newcastle  NSW
6.   Gold Coast  QLD
7.   Toowoomba  QLD
8.   Cairns  QLD
9.   Darwin  NT
10.  Ballarat  VIC
11.  Sydney  NSW
12.  Melbourne  VIC
13.  Coffs Harbour  NSW
14.  Brisbane  QLD
15.  Bunbury  WA

Australia



## Luxúria Invernal:
### Ashley Madison apresenta
## as 10 melhores cidades brasileiras para a infidelidade

1.   Belém, Pará
2.   São Bernardo do Campo, São Paulo
3.   São Gonçalo, Rio de Janeiro
4.   Belo Horizonte, Minas Gerais
5.   Guarulhos, São Paulo



6. Campinas, São Paulo
7. Porto Alegre, Rio Grande do Sul
8. Curitiba, Paraná
9. Goiânia, Goiás
10. Recife, Pernambuco

Brazil



### Lista de la infidelidad ★

**Ashley Madison presenta**

**las mejores 15 ciudades mexicanas para la infidelidad**

1. Culiacán, Sin
2. Tlalnepantla, Méx
3. Guadalupe, N.L.
4. Naucalpan, Méx
5. Monterrey, N.L.
6. Queretaro City, Qro
7. Guadalajara, Jal
8. Nezahualcóyotl, Méx
9. Chimalhuacán, Méx
10. México City, CDMX
11. Cancun, Q. Roo
12. Aguascalientes City, Ags

Mexico



### La España infiel: ★

**Ashley Madison presenta**

**el Top 15 de las ciudades más adúlteras**

1. Elche



2.   Las Palmas de Gran Canaria
3.   A Coruña
4.   Vitoria-Gasteiz
5.   Palma de Mallorca
6.   Murcia
7.   Vigo
8.   Alicante
9.   Madrid
10.  Barcelona
11.  Zaragoza
12.  Bilbao
13.  Gijon
14.  Sevilla
15.  Valencia

Spain

If you liked this check out our other blog posts!

Tags:  Insights, Summer

Share      Print page

## No Comments

Post A Comment

Write your comment here...

Your full name

E-mail address

Website

☐ Save my name, email, and website in this browser for the next time I comment.

SUBMIT



RECENT POSTS



### 5 Reasons Why There's Never Been A Better Time To Start Married Dating

09 September, 2021



### 7 Ways to Prioritize Self-Love During Social Distancing

04 May, 2020



### Everything You Need to Know About Virtual Sex While Isolating

27 April, 2020



### 8 Tips to Make Your Relationship Social Distancing-Proof

20 April, 2020



### Ultimate Guide to Keeping Things Sexy During Social Isolation

20 April, 2020



Tweets from @ashleymadison

**Ashley Madison**
@ashleymadison · Aug 29

"Science says that it's actually women who struggle more with monogamy because they get bored in the bedroom."
nypost.com/2022/08/23/wom...



nypost.com
Women are more likely to cheat than men -
here's why

5

**Ashley Madison**
@ashleymadison · Aug 25

Always late but worth the wait

# EXHIBIT 8



# EXHIBIT 9

ARTICLES        PODCASTS
                                          **BETCHES**    🔍
NEWSLETTERS    SOCIAL    SHOP
                              BRANDS



# These U.S. Cities Have The Most Cheaters During Cuffing Season

BY MORGAN MANDRIOTA | DECEMBER 20, 2019



**Share this sh\*t**

COPY LINK

Cuffing season is a lovely annual reminder that the weather is getting colder and you're (I'm) still single AF. It's common knowledge that you're supposed to lock someone down in the winter months BUT APPARENTLY (!!) people who are already cuffed up ALSO seek new partners during this time. In other words, they cheat *stares blankly into the void*. Ashley Madison, the world's leading married dating site, recently compiled last year's winter signup data to release their Winter Wanderlust list, which has nothing to do with beautiful, snowy travel spots and everything to do with uncovering where the cheaters hide out (or come out to play?) in the US when the temperature starts to drop.



Okay, first off, we see that New Jersey, California, and Arizona clearly dominate the list. Like, WTF? I can understand Las Vegas, because it's literally called Sin City and whatever happens there magically stays there. But why NJ, the smelliest place on earth?! And does California even have winter?? What's y'all's excuse?

Isabella Mise, Director of Member Relations at Ashley Madison, breaks it down for us. "New Jersey, which has two cities on the list, is a travel hub with a major airport in close proximity to New York City. Both Newark and Jersey City house many people commuting to and from Manhattan for work, meaning it's easier to facilitate extramarital encounters," she

explains. "California saw the most cities on the list, and while they don't see the frigid temperatures that the east coast does, temperatures still drop along with inhibitions." Depressing and definitely contributing to my already high trust issues, but OK.

The busiest time of the year for Ashley Madison (in terms of highest global signups) is the month of January, which is shocking? I'd totally think summer is prime time for cheating because people go out more often, might be turned on by hot half-naked people at the beach, or are more likely to not give a sh*t about anything after drinking too many piña coladas at the bar… IDK. I don't relate to this at all. But Mise has an answer as to why. "We forget that the colder months fuel the human desire for a warm body to sleep next to. It's hard not to want someone to cozy up to while the temperature drops, especially when you're in a sexless marriage." So, essentially the

reason cuffing season became a term in the first place. I guess the urge to cuff doesn't stop when you get married? Bleak.

It actually is kind of sad, because as Mise explains, "In these instances where the physical intimacy you once shared with your spouse has vanished and you feel more like roommates than lovers, extramarital sex could give that surge in dopamine you need to heed off those winter blues." I personally cuddle up with multiple blankets, my favorite sex toys, and way too many cups of Bailey's hot chocolate in the winter, but to each their own.

January also follows a period of stressful holiday obligations and an OD amount of family time, which apparently motivates married people to find someone on the side to relieve that frustration with. "Things like entertaining in-laws and extended family, increased spending, and managing hectic calendars many of our members

to see the cracks that exist in their monogamous relationships," says Mise, adding that "these individuals are asserting a 'new year, new me' mentality." I usually think of "new year, new me" as going to the gym once a week or not getting blackout drunk every weekend anymore, and not literally adopting a double life. But I guess I can't come at them for being technically accurate?

OH! And if you're thinking men are the main cheaters here, you're sadly mistaken. Women are just as drawn to non-monogamy as men, and—wait for it—are actually even MORE drawn to it. F*ck. "Currently, the ratio on our site is 1.11 active females for every 1 active paid male," says Mise. So chill out, men's rights activists, it's pretty balanced.

And, according to Ashley Madison's recent female-focused infidelity study, "women are just as likely to get bored of having only one partner as men

are. Many of them find themselves in either sexless or orgasmless relationships over time, which directly coincides with lowered attraction levels toward their spouse. When describing their marriage, these women used terms like 'functional,' 'mundane,' and 'sexless.'" I'm no relationship therapist here, and I'm not married with kids so I have no idea what these people go through or what options they have, but hey, maybe break up with your partner if you're unhappy with your relationship/sex life instead of cheating on them? Or if you can't end it, propose having an open relationship to see what your partner says, because they're *probably* just as unhappy with having no orgasms as you are? Just a thought. You do you, boo boos.

Anyway, that's the tea on infidelity. Interpret this data however you want. Either stay far away from these unfaithful US cities during cuffing season… or

go to them. Or realize that correlation does not equal causation! Pick your poison. Best of luck staying warm out here and finding a faithful partner in these ice cold streets.

*Images: Unsplash, Ashley Madison*

---

### Morgan Mandriota

Morgan Mandriota is a New-York based writer and the founder of highlyuntamed.com. She writes about sex, relationships, health, travel, and other fun stuff for Betches, Bumble, Bustle, Cosmopolitan, Health, mindbodygreen, Tinder, Well+Good, and your other favorite websites. In her spare time, you can find her hiking, playing video games, chasing sunsets, traveling, or slathering CBD salve all over her aching body. Follow her on Instagram/Twitter @morganmandriota or visit morganmandriota.com.



   

---

ABOUT        EVENTS  DO NOT SELL MY INFO

ADVERTISE PRIVACY

CAREERS   TERMS

We're

Subscrib
not the o
know WT
celebs, r

example

ALL RIGHTS RESERVED © 2011-
2022 BETCHES MEDIA LLC